AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00002 |
| Frank Rocco Giustino | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 01/03/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Frank Rocco Giustino,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/03/2022

*Issuing officer's signature*
G. Michael Harvey
2022.01.03 15:13:02 -05'00'

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/03/2022, and the person was arrested on *(date)* 01/11/2022
at *(city and state)* KINGS PARK, NY.

Date: 1/11/2022

*Arresting officer's signature*

CHARLES KNAPP, INVESTIGATOR
*Printed name and title*