NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                               Criminal Number  22-MJ-02

Frank Rocco Giustino
           (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☐ RETAINED            ■ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Evan Sugar
*(Attorney & Bar ID Number)*

Federal Defenders of New York, Inc.
*(Firm Name)*

770 Federal Plaza
*(Street Address)*

Central Islip, NY 11722
*(City)            (State)            (Zip)*

631-712-6500
*(Telephone Number)*