UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                                                   :
   v.                                                        :
                                                                   :          23-CR-16 (JEB)
FRANK ROCCO GIUSTINO,              :
                                                                   :
        Defendant.                             :
------------------------------------------------------X

Frank Giustino, through his attorney Evan Sugar, respectfully moves the Court to continue the sentencing hearing currently scheduled for May 2, 2023, for approximately 60 days. The request for additional time is to allow defense counsel to continue to prepare a sentencing memorandum for the Court's consideration. The government does not object to this request.

Dated: Central Islip, New York
           April 17, 2023

                                                                                              Respectfully submitted,

                                                                                                 /s/
                                                                    Evan Sugar, Esq.
                                                                    Attorney for Mr. Giustino

                                                                    Federal Defenders of New York
                                                                    770 Federal Plaza
                                                                    Central Islip, NY 11722
                                                                    (631)-712-6500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------X
   UNITED STATES OF AMERICA         :
                                    :
        v.                          :
                                    :          23-CR-16 (JEB)
   FRANK ROCCO GIUSTINO,            :
                                    :
              Defendant.            :
-------------------------------------------------------X
```

**ORDER**

Based on the representations in the Motion to Continue filed by the defendant, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion us GRANTED; it is further ordered that the currently scheduled sentencing hearing on May 2, 2023, be continued for good cause to _____, at _____.

_____

THE HONORABLE JAMES E. BOASBERG

UNITED STATES CHIEF DISTRICT COURT JUDGE