UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X

UNITED STATES OF AMERICA         :
                                         :
      v.                          :
                                         :          23-CR-16 (JEB)

FRANK ROCCO GIUSTINO,         :
                                         :
          Defendant.         :

------------------------------------------------------X

       I respectfully move the Court to convert the sentencing hearing currently scheduled for

June 16, 2023, to a status conference. My client has filed *pro se* two documents on the docket

requesting certain relief. Dkt. 36, 39. I believe the issues raised in Mr. Giustino's submissions

should be resolved prior to his sentencing.

Dated: Central Islip, New York
        June 9, 2023

                                  Respectfully submitted,

                                  _____/s/_____

                                  Evan Sugar, Esq.
                                  Attorney for Mr. Giustino

                                  Federal Defenders of New York
                                  770 Federal Plaza
                                  Central Islip, NY 11722
                                  (631)-712-6500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
        v.                          :
                                    :        23-CR-16 (JEB)
FRANK ROCCO GIUSTINO,               :
                                    :
        Defendant.                  :
-------------------------------------------------------X
```

## ORDER

Based on the representations in the Motion to Convert, and upon consideration of the

entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further ordered that the currently

scheduled sentencing hearing on June 16, 2023, be converted to a status conference.

_____

THE HONORABLE JAMES E. BOASBERG

UNITED STATES CHIEF DISTRICT COURT JUDGE