**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 23-cr-16 (JEB)** |
| **v.** : | |
| : | |
| **FRANK ROCCO GIUSTINO,** : | |
| : | |
| Defendant. : | |

**NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are three digital videos that are exhibits 1 through 8, which will be referenced by the government in its sentencing memoranda and published at the time of sentencing. The government has no objection to the public release of these exhibits. The government will make the following video exhibits available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 1 | Exhibit 1- BWC of Giustino yelling.mp4 | MPD Body-worn camera | Approx. 1:59 pm to 2:09 pm | 10 minute, 1 second video |
| 2 | Exhibit 2- NW stairs.mp4 | Another investigation/open source | Approx. 2:00 pm | 1 minute, 3 second video |
| 3 | Exhibit 3- Senate Wing Door.mp4 | CCTV | Between approx. 2:14 pm and 2:20 pm | 6 minute video |
| 4 | Exhibit 4- Crypt North.asf | CCTV | Between approx. 2:21 pm and 2:31 pm | 10 minute video |
| 5 | Exhibit 5- Small House Rotunda.mp4 | CCTV | Between approx. 2:30 pm and 2:32 pm | 2 minute video |
| 6 | Exhibit 6- TheResistance Video clip.mp4 | Open source | Between approx. 2:34 pm and 2:45 pm | 25 second video |

2

| 7 | Exhibit 7- Rotunda | CCTV | Between approx. 2:32 pm and 2:41 pm | 8 minute, 55 second video |
|---|---|---|---|---|
| 8 | Exhibit 8- East Rotunda Door.mp4 | CCTV | Approx 2:51 pm | 33 second video |

                                                  Respectfully submitted,
                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  DC Bar No. 481052

By:    */s/ Douglas G. Collyer*
                                                  DOUGLAS G. COLLYER
                                                  Assistant United States Attorney (Detailee)
                                                  NDNY Bar No. 519096
                                                  United States Attorney's Office
                                                  14 Durkee Street, Suite 340
                                                  Plattsburgh, NY 12901
                                                  Douglas.Collyer@usdoj.gov