Leave to file GRANTED

| United States District Court<br>For the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 | James E. Boasberg ____ 6/26/23<br>Chief Judge           Date |
|---|---|
| USA<br><br>v.<br><br>Frank Rocco Giustino | Case #23-cr-16 |

## Default Judgment
## Rules B(1)(c) and E(4)(f)

Comes now, Frank Rocco of the GIUSTINO family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder. Frank Rocco GIUSTINO, known as Frank Giustino in this Court, has not been arraigned. The speedy trial clock is long spent.

Frank Rocco feels that abatement of this nuisance prosecution is warranted and that this filing is Default Judgment based in the faulty, deviant oaths of the Chief "Judges" who have been presiding over this prosecution. That is basis for declaring fatal flaws alone. Court review is impracticable with no bonding of any "judicial" officers. However, officers Evan Flinn SUGAR and Mallori BRADY (Katrina STANFORD as of 6/16/23) have pulled a fast one in conjunction with the tardy delivery of discovery by the Department of Justice. Doc 40 (filed 6/9/23) has cut out a portion of video narrative with a scene where Frank Rocco was holding up his hands, shouting towards the aroused and violently stirring crowd to "STAND DOWN". The promise by Evan Flinn SUGAR as public defender (strongly implied by FBI Task Force Officer KNAPP)

RECEIVED

JUN 2 1 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

was clear that this particular scene on the J6 protest would mitigate sentencing, and Evan's

reassurance to Frank and witnessing family that there would be no jail-time—supported by how

Frank had clearly attempted to quash the uprising of violence that day. Now as it turns out in the

same breath of the alleged "sentencing hearing", that the Department of Justice is pretending to

deliver the video recordings—*without*—the key scene that the promises of a fair "plea bargain"

were based on, and Evan SUGAR has been breaking promises, leading to the necessity of

abating these nuisance proceedings. Frank Rocco cannot trustingly expect an objection,

defensive or mitigating movement from Evan, and feels that he is not being heard fairly.

Interestingly, there are two Documents (37 & 38) that are completely skipped—secretly

missing from the Court Record! Frank Rocco cannot possibly be considered as ever arraigned in

the US District Court! BOASBERG has no court of record! This abatement is the only record.

But uppermost is that remaining fact—that with a deviant oath, now refused for cause,

there is no justice to be found from James Emanuel BOASBERG because he is not bonded as a

judicial officer. Proof of service is the email response from BOASBERG's direct officer Mallori

BRADY. Please find the attached email that was sent to both Mallori and Evan—and responded

to, constituting proof of service. As recognized officers of the Court per the 6/16/23 Status

Conference, they are expected to have already alerted the Court and BOASBERG that the Court

is disqualified and vacant any judicial officer. Yet... the hearing is reported to have taken place,

anyway? Therefore, this is the default judgment on a perfectly sound abatement of process.

The family name 'Giustino' means "Justice."
Don't make 'us' put "*the*" CAPITONYM on it, ever again.
So help me God.

Sworn to before Me
19 June 2023

Notary:

JENNIFER ANN BINDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BI6405916
Qualified in Nassau County
Commission Expires March 16, 2024

Frank Rocco

**Redeemed Lawful Money**
**Pursuant to 12 USC §411**
**https://uscode.house.gov/**

STATE OF NEW YORK
COUNTY OF NASSAU                     SS:
COUNTY CLERK'S OFFICE

    I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, State of New York and also Clerk of the Supreme Court in and for said County and State, the same thing being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT *JENNIFER ANN BINDER*

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office, and believe that the signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at MINEOLA, NASSAU COUNTY, NEW YORK on this 19TH Day of JUNE, 2023.

*Maureen O'Connell*
_____
County Clerk

6/17/23, 2:37 PM                        | Proton Mail

## Listen.

From   Frank R. Giustino < ████████████ @pm.me>

To      Evan Sugar<Evan_Sugar@fd.org>

CC      Mallori Brady<Mallori_Brady@nyept.uscourts.gov>

Date    Sunday, June 11th, 2023 at 10:12 PM

Evan Flinn SUGAR;

At the end of Doc 36 I see that your registration with the State lapsed during my plea bargaining. There are over a dozen other egregious problems with your performance that have not been mentioned, all of which I have been careful to have family witnessing. I feel completely justified in terminating you as of the filing at the time of Doc 36, supported by Doc 39.

I am also annoyed by at least two Doc entries, Docs 37 and 38 that are SEALED from me to even read! The clerk of court will not remove you from the docket report and so it looks as though you still represent me when you have been so very malfeasant. The clerk tells me that it is up to BOASBERG whether I can file papers as though I am pro se or not. But BOASBERG has a deviant oath of office, at best. I cannot allow him to be in any authority over anything, since he is not a judicial officer like he has been pretending to be. Additionally, HOWELL has been deviant in the same manner, directly effecting the speedy trial clock.

I hope that this matter can go away quietly in the style of a non-statutory abatement of a nuisance. If BOASBERG and the clerk of court can have my name removed from the Docket Report/Calendar below, I will take that as a signal that the Court is expunging the prosecution against me, and exonerating my good name (in any form - legal, Christian, given names...).

Calendar: 06/16/2023

| Case Number and Title | Judge | Time | Courtroom | Purpose |
|---|---|---|---|---|
| 21-cr-2390, BIOCONVERGENCE LLC v SINGH | Judge Christopher R. Cooper | 09:00AM | Telephonic/VTC | Motion Hearing |
| 22-cr-0409, USA v. CLARK | Judge Amit P. Mehta | 09:00AM | Telephonic/VTC | Status Conference |
| 21-cr-0720, USA v. KITCHER | Judge Randolph D. Moss | 09:00AM | Courtroom 8- In Person | Plea Agreement Hearing |
| 22-cr-0069, USA v. BAILEY | Judge Beryl A. Howell | 09:30AM | Courtroom 26A- In Person | Sentencing |
| 20-cr-0227, USA v. GREEN | Judge Amy B. Jackson | 09:30AM | Courtroom 3- In Person | Sentencing |
| 23-cr-072, USA v. GREEN | Judge Timothy J. Kelly | 09:30AM | Courtroom 11- In Person | Status Conference |
| 20-cr-0068, USA v. PETERSON | Judge Amit P Mehta | 09:30AM | Telephonic/VTC | Re-entry Progress Hearing |
| 22-cr-0021, USA v. PARKER | Chief Judge James E. Boasberg | 10:00AM | Courtroom 22A- In Person | Status Conference |
| 22-cr-0020, USA v. BOUGRINER | Judge Tanya S. Chutkan | 10:00AM | Telephonic/VTC | Status Conference |
| 23-cr-0307, USA v. GRAYSON | Judge Jia M. Cobb | 10:00AM | Courtroom 25- In Person | Status Conference |
| 23-cr-0007, USA v. WELLS | Judge Jia M. Cobb | 10:00AM | Courtroom 25- In Person | Status Conference |
| 23-cr-0007, USA v. DAVIS | Judge Jia M. Cobb | 10:00AM | Courtroom 25- In Person | Status Conference |
| 23-cr-0007, USA v. WASHINGTON | Judge Jia M. Cobb | 10:00AM | Courtroom 25- In Person | Status Conference |
| 23-cr-0007, USA v. RAGLAND | Judge Jia M. Cobb | 10:00AM | Courtroom 25- In Person | Status Conference |
| 23-cr-0007, USA v. WARD | Judge Jia M. Cobb | 10:00AM | Courtroom 25- In Person | Status Conference |
| 23-cr-0007, USA v. CUNNINGHAM | Judge Jia M. Cobb | 10:00AM | Courtroom 21- In Person | Status Conference |
| 23-cr-0007, USA v. WATTS | Judge Jia M. Cobb | 10:00AM | Courtroom 21- In Person | Status Conference |
| 23-cr-0066, USA v. LAVRENZ | Judge Rudolph Contreras | 10:00AM | Telephonic/VTC | Status Conference |
| 21-cr-0199, USA v. CHERRY | Judge Timothy J. Kelly | 10:00AM | Telephonic/VTC | Status Conference |
| 21-cr-0147, USA v. SPENCER | Judge Colleen Kollar-Kotelly | 10:00AM | Telephonic/VTC | Status Conference |
| 22-cr-1963, IMERYS v CHAO | Judge Trevor N. McFadden | 10:00AM | Telephonic/VTC | Scheduling Conference |
| 22-cv-3801, CRESPOet al v 1215 CT LLC et al | Judge Trevor N. McFadden | 10:00AM | Telephonic/VTC | Scheduling Conference |
| 21-cr-0354, USA v. ADAMS, JR | Judge Amit P Mehta | 10:00AM | Courtroom 10- In Person | Sentencing |
| 21-cr-0399, USA v. STERLINGOV | Judge Randolph D. Moss | 10:00AM | Courtroom 4- In Person | Motion Hearing |
| 21-cr-0399, USA v. STERLINGOV | Judge Randolph D. Moss | 10:00AM | Courtroom 4- In Person | Motion Hearing |
| 14-cv-1727, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY v. 7,391 SQUARE FEET OF LAND et al | Judge Beryl A. Howell | 10:30AM | Courtroom 26A- In Person | Motion Hearing |
| 22-cr-0345, USA v. PELLER | Judge Trevor N. McFadden | 10:30AM | Courtroom 2- In Person | Plea Agreement Hearing |
| 20-mc-0099, WASHINGTON et al v. GAINESVILLE RENEWABLE ENERGY CENTER LLC et al | Judge Ana C. Reyes | 10:30AM | Courtroom 15- In Person | Motion Hearing |
| 22-cr-0184, USA v. STONE | Judge Reggie B. Walton | 10:45AM | Courtroom 16- In Person | Plea Agreement Hearing |
| 23-cr-0153, USA v. GIUSTINO | Chief Judge James E. Boasberg | 11:00AM | Telephonic/VTC | Status Conference |

I hope to see the same page, **without my name and case # on it** well before the 16th of June, 2023 - And I never want to speak to any of you again. I expect that BOASBERG will inform all parties not to contact me anymore and that the PACER entries will indicate that 23-cr-0016 is **CLOSED.** That the charges have been dropped.

Please, if the clerk of court and BOASBERG are requiring action from you to accomplish my objective - get it done **promptly.** For clear communications, I am copying **CC:** this email to the court-assigned PTO Mallori BRADY. Mallori has been inappropriately requesting that I divulge strategy and objectives directly to her; attached. This misconduct immediately occurred after she disclaimed my legal counsel. In the same text conversation, she refused to confirm and respond communications sent out to her weeks prior, discussing an elongated stressful absence experienced by my family and I from you. I do not trust her and feel that this email and Docs 36 and 39 have made it clear that there is no Court extant, and that I, Frank Rocco have not been arraigned by any name - and that the calendar proves at a glance that the speedy trial clock is spent already, with no fault on me.

I consider this abatement sound and the nuisance prosecution has been successfully abated. That is what is on the Record and that is what will come of any further discussion and/or argument. Please maintain silence and do not issue any warrant or charges regarding failure to appear. If the Case and my family name are not removed from the docket report by the 15th, BOASBERG is in default and any and all officers are subject to lien and levy of personal property. There is no judicial or sovereign immunity covering such blatant fraud.

*Digitally signed by*

Frank Rocco - Trustee of the Constructive Trust

P.S. - The "SO HELP ME GOD." is not the only deviant clause in both of these (HOWELL and BOASBERG) judicial oaths of office.

**§453. Oaths of justices and judges** (as referenced by you in your email response received by me on Tuesday, February 14th, 2023 at 12:51 PM.)

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: *"I, _____ XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. So help me God."*

Both HOWELL and BOASBERG have added a lengthy clause to their oaths! For reference, please carefully note that conformity is very important to USSC Justices REHNQUIST and KAVANAUGH. Prior to 1990 REHNQUIST signed a concisely conforming oath, with the law at that time:

## Supreme Court of the United States

### No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I
will administer justice without respect to persons, and do
equal right to the poor and to the rich, and that I will
faithfully and impartially discharge and perform all the
duties incumbent upon me as Chief Justice of the United States
according to the best of my abilities and understanding,
agreeably to the Constitution and laws of the United States.

So help me God.

*William H. Rehnquist*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger*

Compare the REHNQUIST oath to the September 1789 Judiciary Act.

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

Bett M. Kany

Subscribed and sworn to before me
this 6th day of October, 2018

Associate Justice of the Supreme Court

This KAVANAUGH oath conforms to post-1990 law. It is concise and exact to the form Congress prescribes. It is not difficult for an attorney to read his own oath of office before signing, and to compare it to the law for irregularities. However notice that Brett Michael could not find Chief Justice ROBERTS to sign for a witness, and apparently Anthony McLeod KENNEDY would not sign as the predecessor to KAVANAUGH's new post. It is arguable that Brett has to settle for his own signature as Witness, tilted and scribbled so that it can be read either way. See Anthony's signature from a couple months earlier, when he designated himself Senior Justice.

Supreme Court of the United States
Washington, D. C. 20543

CHAMBERS OF
JUSTICE ANTHONY M. KENNEDY

June 27, 2018

My dear Mr. President,

This letter is a respectful and formal notification of my decision, effective July 31 of this year, to end my regular active status as an Associate Justice of the Supreme Court, while continuing to serve in a senior status, as provided in 28 U.S.C. § 371(b).

For a member of the legal profession it is the highest of honors to serve on this Court. Please permit me by this letter to express my profound gratitude for having had the privilege to seek in each case how best to know, interpret, and defend the Constitution and the laws that must always conform to its mandates and promises.

Respectfully and sincerely,

*[signature]*

The President
The White House
Washington, D.C. 20500

I am not prompting conversation about this. I want only silence and expungement signals, mentioned above. Thanks.

---

**6.54 MB**  8 files attached4 embedded images

J6 Docket.png 339.46 KB    REHNQUIST Oath of Office.png 215.21 KB    KAVANAUGH Oath of Office.png 226.55 KB

6/17/23, 2:37 PM                                             | Proton Mail

EFS Notice of Appearance.png 164.46 KB    BOASBERG R4C 39.png 696.48 KB    HOWELL R4C 39.png 678.62 KB

Anthony McLeod KENNEDY.jfif 29.11 KB    Text 4 (PTO Inappropriately Outside of Legal Scope).png 800.06 KB

Text 3.png 946.78 KB

Text 1 (PTO Refusing Response to May 21st Text & Email Over May 19th Check-In Call FaceTime Disc... ce.png 1.01 MB

Text 2.png 1.15 MB    EFS Due To Re-Register.png 385.46 KB

6/17/23, 6:32 PM                                    | Proton Mail

## RE: Listen.

**From**   Frank R. Giustino <​          @pm.me>

**To**     Mallori Brady<Mallori_Brady@nyept.uscourts.gov>

**CC**     Evan Sugar<Evan_Sugar@fd.org>

**Date**   Monday, June 12th, 2023 at 4:20 PM

 **President Biden** ✔

If you haven't already – text me at (302) 404-0880.

Tell me what's front of mind for you and your family this summer.

5.8M

2,380            1,697

12.2K       806

6/17/23, 6:32 PM                                                        | Proton Mail





6/17/23, 6:32 PM                                    | Proton Mail

+1 (302) 404-0880

Refused for Cause. For the record, Frank Rocco has not been arraigned.

**Add Yourself to Community**
community.com

Hey there, it's President Biden. Thanks for reaching out - I'm excited to be connected.

I'm giving out this number because I wanted a direct channel to

https://mail.proton.me/u/0/cREuEYmmzjEc9CQsIskQU4oPIZ08FvDp-YdjmCn3PG-_uBEbMonjtYe5BovMa6SzYkIEGrh1ra8EFApcH6Bw96g==/NNxt...   4/22

6/17/23, 6:32 PM                                    | Proton Mail

communicate with folks like you. I'll text here from time to time, and you should feel free to text me too. I won't be able to reply to everything, but I'll try my hardest. Click this link so I can read your message and reply to you.

In addition to this BIDEN NOTICE of HOWELL and BOASBERG refused for cause proof of

service on Evan, Mallori and the (White House) WH Counsel - See Document 39, Pages 6,7 of 7;

please *find* **two more** oaths below following HOWELL and BOASBERG effectively, refused for cause.







# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Beryl Alaine Howell _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___21st_____

day of _____January, 2011_____

_____

Actual abode: (b) (6)

Official station*  United States District Court for the District of Columbia

Date of birth  (b) (6)

Date of Entry on Duty  January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st day

of April, 2011.

_____
J. Truman Morrison

Actual abode: (b) (6)

Official station*

Date of birth (b) (6)

Date of Entry on Duty 4/1/11

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Dabney L. Friedrich _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___1st___

day of __December__ 2017 _____.

_____
Chief Judge

Actual abode:          (b) (6)
Official station*      Washington, DC
Date of birth          (b) (6)
Date of Entry on Duty  12/1/17

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Thomas F. Hogan ......................................................................................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as U.S. District Court Judge ........................, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*Refusal for Cause No!!*

*(signature)*

Subscribed and sworn to (or affirmed) before me this ........... fourth ................................ day

of ......... October ........., 19 82

FOIA EXEMPTION (b)(6)

Actual abode ████████████████

Official station * Washington, D. C.

Date of birth .......... ████████

Date of entry on duty .... October 4, 1982

*(signature)* John Lewis Smith, Jr.
Judge, United States
District Court for the
District United States District Court
for the District of Columbia
A TRUE COPY

JAMES F. DAVEY, CLERK,

By ................................

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of Territorial Officers shall be administered in the Territory in which the office is held.

* Title 28, sec. 456 United States Code, as amended.

002                Formerly G-22        FORM DAG-4   5-1-75

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Dabney L. Friedrich _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st _____

day of December 2017 _____.

_____
Chief Judge

Actual abode: (b) (6)

Official station* Washington, DC

Date of birth (b) (6)

Date of Entry on Duty 12/1/17

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ............... Thomas F. Hogan ............................................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .....U.S. District Court Judge......................, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.   SO HELP ME GOD.

*Thomas F. Hogan*

Subscribed and sworn to (or affirmed) before me this ............ fourth ............ day of ............ October ............, 19 82.

FOIA EXEMPTION (b)(6)

Actual abode ▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Official station * Washington, D. C.

Date of birth ......▪▪▪▪▪▪▪▪......................

Date of entry on duty ...October 4, 1982

*John Lewis Smith, Jr.*
John Lewis Smith, Jr.
Judge, United States
District Court for the
United States District Court
for the District of Columbia
A TRUE COPY

JAMES F. DAVEY, CLERK,

By .......................

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of Territorial Officers shall be administered in the Territory in which the office is held.

* Title 28, sec. 456 United States Code, as amended.

Formerly G-22      FORM DAG-4   5-1-75



**Bethpage**
Frank Giustino
Checking Redeemed in Lawful Money *****0365

*Transaction History*

| | | Statement Period: All Dates | Date of Statement: 06/20/2023 |

## Pending Transactions (3)

Pending transactions may not be the final amount that posts to account.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/20/23 | 000395707579822 PST*ONESOURCEPROCESS WASHINGTON DCUS | -$139.04 |
| 06/19/23 | 794353 NASSAU COUNTY CLERK MINEOLA NYUS | -$3.00 |
| 06/19/23 | 892612 EVO EZPAY LLC MELVILLE NYUS | -$0.74 |



Home

### Thank You for your Payment

This is your receipt for payment. A copy is also being sent to you by email.
Please print this receipt and retain it for your records.

| | | | | |
|---|---|---|---|---|
| **Payment date:** | 6/19/2023 11:54:37 AM | **Payment type:** | credit | |
| **Payer's email:** | _____@pm.me | **Account:** | *************9438 | |
| **Transaction ID:** | 64434621702 | | | |

| Description | Amount | Interest | Total |
|-------------|--------|----------|-------|
| Nassau County Clerk, State of New York | | | |
| Receiving, 6/19/2023, NOTARY AUTHENTICATION, FRANK R GIUSTINO | $3.00 | $0.00 | $3.00 |

| | |
|---|---|
| **Subtotal:** | **$3.00** |
| **Site fee:** | **$0.74** |
| **Payment total:** | **$3.74** |

**The following charges will appear on your credit card or checking account statement:**
**$3.00: Nassau County Clerk**
**$0.74 to EVO eZpay, LLC for the site fee listed above**

Privacy and Security  ·  Terms of Use

©2005-2023 Systems East, Inc.
All rights reserved



Nassau County Government Building
**Visitor Pass**

# Frank
# Giustino

Monday, 06 19 2023

**One Source Process, LLC**
1133 13th Street NW, Suite C4
Washington, DC 20005

INVOICE:   9061155
Issued:   Jun 20, 2023
Sent to: Frank Giustino



**Frank Giustino**



PAY TO:
**One Source Process, LLC**
1133 13th Street NW, Suite C4
Washington, DC 20005

| Case:   23-cr-16 | Plaintiff / Petitioner:   USA |
|---|---|
| Job:   9061155 | Defendant / Respondent:   Frank Rocco Giustino |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SERVICE FEE: COURT FILING | United States District Court For the District of Columbia 333 Constitution Ave NW Washington, DC 20001 | $105.00 | 1 | $105.00 |
| RUSH FEE | | $30.00 | 1 | $30.00 |

| Payment | Description | Amount Paid |
|---|---|---|

| Jun 20, 2023 | You received a Card payment for $139.04 USD from Frank R Giustino. | ($135.00) |
|---|---|---|
| | Payment ID | |
| | 1pb57vh99ynpnrxm97x8fad8<br>Payment Amount | |
| | Subtotal : $135.00 USD<br>Fee : $4.04 USD<br>Total : $139.04 USD<br>Payment Method | |
| | Card (9438)<br>Payment Date | |
| | 20-Jun-2023<br>Invoice::<br>9061155 | |
| | Payer Information | |
| | Frank R Giustino<br>⬛⬛⬛⬛⬛@pm.me<br>⬛⬛⬛⬛<br>USA<br>Business Information | |
| | One Source Process<br>danny.koo@onesourceprocess.com<br>1133 13th Street NW Suite C4<br>Washington DC 20005<br>USA | |

| Prepayment is required. Please pay the Balance Due using this emailed electronic invoice and by going to the link below. | Total: | $135.00 |
|---|---|---|
| | Amount Paid: | ($135.00) |
| Pay invoice here: https://onesourceprocess-portal.paystand.com/onesourceprocess | Balance Due: | $0.00 |

****Credit Card payments incur a 2.99% processing fee; Bank or ACH payments do not incur any fees.
****Please send Check payments to 1133 13th st NW Unit C4 Washington, DC 20005
***All cancellations will incur a 10% processing fee.

One Source Process, LLC · 1133 13th Street NW, Suite C4, Washington, DC 20005

Call: 800-668-5448 · Email: info@onesourceprocess.com · Visit: www.onesourceprocess.com