### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 1:23-CR-00016 (JEB)** |
| | **)** | |
| **FRANK ROCCO GIUSTINO,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

### (PROPOSED) ORDER

Upon consideration of the Motion for Continuance of the Sentencing Hearing,

and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that the parties will coordinate with the Court Clerk to set a hearing

date on or after September 17, 2023;

**ORDERED** that the date for the Defendant's Sentencing Memorandum will be due

seven days before the sentencing hearing;

**ORDERED** that any objections to the Presentencing Investigation Report may be

filed by three days before sentencing;

**ORDERED** that in the interests of justice and for good cause shown in the need for

time for new counsel to properly prepare, the time under the Speedy Trial Act is excluded

until the sentencing hearing date.

**SO ORDERED** on this ____ day of July, 2023.

HONORABLE James E. Boasberg
United States District Chief Judge