UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-016 (JEB) |
| ) | |
| FRANK ROCCO GIUSTINO, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION TO MODIFY RELEASE CONDITIONS**

Comes now the Defendant, FRANK ROCCO GIUSTINO, by and through undersigned counsel, and unopposed by the Government, and respectfully moves this Court pursuant to the Bail Reform Act of 1984, 18 U.S.C. 3141 et seq., to modify his conditions of release to add courtesy supervision by the Middle District of Florida Pretrial Services. Mr. Giustino supports his request as follows:

**I.   INTRODUCTION**

Mr. Giustino was arrested on January 11, 2022 in New York on an arrest warrant issued by this Court for actions on January 6, 2021. He was released in New York. At his first appearance on January 13, 2022, this Court ordered conditions of release for Mr. Giustino. ECF No. 8.

Item (7)(a) of the additional release conditions requires Mr. Giustino to submit to the courtesy supervision of Pretrial Services of the Eastern District of New York. ECF No. 8 at 2. Item (7)(t) requires Mr. Giustino to notify Pretrial Services of the Eastern District of New York prior to travel outside the district. *Id*. at 3.

**II.   LEGAL STANDARD**

Under 18 U.S.C. 3142(c)(3), The Bail Reform Act, the Court may change the conditions of release at any time.

**III.   FACTS AND DISCUSSION**

The home where Mr. Giustino resides in New York is under contract for sale, with closing to occur between August 21, 2023 and September 1, 2023. Mr. Giustino will move to a family home in the Middle District of Florida during the aforementioned time period.

The D.C. Pretrial Services Agency (PSA) will coordinate and arrange courtesy supervision by the Middle District of Florida given an order from this Court modifying Release Conditions to include the Middle District of Florida Pretrial Services.

The D.C. PSA will facilitate the hand-off between New York and Florida Pretrial Services courtesy supervision.

The undersigned has already provided the planned Florida address to the D.C. PSA office.

Mr. Giustino is not requesting any other modifications to his Conditions of Release. He is scheduled for sentencing on September 29, 2023 based on his plea agreement, and will notify the assigned Florida Middle District supervising officer of his travel to D.C. for the Court's proceeding.

**IV.   CONCLUSION**

Because the residence where Mr. Giustino currently resides in New York will no longer be available starting from August 21 - September 1, 2023, he must move and requires a court order to change his release supervision to his new address outside of New York.

Wherefore, for the reasons stated herein and any others that the Court sees fit, Mr. Giustino respectfully requests the Court grant his motion and enter the proposed order to modify his conditions of release to include the Middle District of Florida for his supervision.

Dated July 17, 2023                            Respectfully submitted,

                                            /s/ *Carolyn A. Stewart*
                                            Carolyn A. Stewart, Bar No. FL-0098
                                            Defense Attorney
                                            Stewart Country Law PA
                                            1204 Swilley Rd.
                                            Plant City, FL 33567
                                            Tel: (813) 659-5178
                                            Email: Carolstewart_esq@protonmail.com


## CERTIFICATE OF SERVICE

I hereby certify on the 17th day of a copy of the fore JULY, 2023, the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                        /s/ *Carolyn Stewart*
                                        Carolyn Stewart, Esq.