UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> FRANK ROCCO GIUSTINO, ) <br> ) <br> Defendant. ) | Case No. 1:23-CR-00016 (JEB) |

## (PROPOSED) ORDER

Upon consideration of the Motion to Withdraw as Attorney, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that Ms. Stewart is terminated from representation of Mr. Giustino and all associated duties;

**ORDERED** that Mr. Giustino now reverts to pro se status.

**SO ORDERED** on this ___ day of August, 2023.

HONORABLE James E. Boasberg
United States District Chief Judge
