## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Case No. 23-cr-16 (JEB) |
| | : |
| **FRANK ROCCO GIUSTINO,** | : |
| | : |
| Defendant. | : |

## STATUS REPORT AND MOTION TO RESCHEDULE OR CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report. The government also respectfully moves the Court to reschedule or continue the Sentencing currently scheduled for November 21, 2023, at 3 pm to the morning of November 21, 2023, or in the alternative, to the morning of December 5, 6, or 7, 2023. In support of the Motion, the government represents:

1. On February 1, 2023, the defendant pled guilty to Parading, Demonstrating or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G), in satisfaction of a four-count information. Sentencing was eventually set for September 29, 2023.

2. On September 29, 2023, the defendant failed to appear for sentencing as directed. The Court issued a no-bond bench warrant. On or about October 18, 2023, the defendant was arrested on the bench warrant in Florida. Following Rule 5 proceedings in Florida, the defendant was remanded to the custody of the U.S. Marshals for transport to the District of Columbia.

3. On November 14, 2023, the defendant appeared in the District of Columbia before Hon. Robyn Merriweather who ordered the defendant detained pending sentencing. The Court advised that sentencing was set for November 21, 2023, at 3 pm in person in the District of Columbia.

4. The undersigned is engaged at that date and time. The undersigned has a pretrial conference before Hon. Richard J. Leon on November 21, 2023, at 3 pm for a trial beginning on December 4, 2023. Accordingly, the undersigned respectfully requests that sentencing in this matter be held the morning of November 21, 2023 or in the alternative, the morning of December 5, 6 or 7, 2023, as the undersigned will be present in the District of Columbia on those dates and available to appear.

5. The defendant is in custody.

6. The defendant has not been consulted regarding this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: ____/s/_____
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov