UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 23-cr-16 (JEB)** |
| : | |
| **FRANK ROCCO GIUSTINO,** : | |
| **Defendant.** : | |
| : | |

## ORDER

Based upon the representations in the Motion to Continue, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled sentencing on November 21, 2023 at 3 pm be continued for good cause until _____, 2023 at _____.

_____
THE HONORABLE JAMES E. BOASBERG
CHIEF UNITED STATES DISTRICT JUDGE