ATTN: CLERK OF COURT - FILE as NOTICE (exact) on (USA v. GIUSTINO) 23-cr-16

NOTICE: To James Emanuel BOASBERG, CASE # 23-cr-16 USA v. GIUSTINO. My mother informed me that she has ~~also~~ already booked her itinerary (plane flight) to come to Washington D.C..

x Frank Rocco

Leave to file GRANTED

_[signed]_  11/27/23

James E. Boasberg     Date
Chief Judge

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

NOV 21 2023

RECEIVED

Thanks.

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

FRANK ROCCO GIUSTINO
~~Defendant~~ F.R.G.

NOTICE TO THE COURT FOR:
STAND BY COURT APPOINTED LAWYER

F.R.G. Frank Rocco ~~That defendant~~ requests a Stand by Court Appointed attorney for sentencing on Tuesday, November 21, 2023.

F.R.G Frank Rocco ~~That defendant~~ has in the past had Court Appointed attornies and is now Pro Se.

November 20, 2023

x  Frank Rocco

Frank Rocco Giustino

RECEIVED

NOV 21 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia