

Leave to file GRANTED

James E. Boasberg
Chief Judge

1/3/24
Date

RECEIVED
Mail Room

DEC 2 8 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED

2023 DEC 28 A 7:42

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

United States District Court
For the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001
James Emanuel BOASBERG

USA

v.

Frank Rocco Giustino

Case # 23-cr-16

**Non-Negotiable NOTICE of Inquiry**

---

**Date: December 26th, 2023 C.E. [Please Take NOTICE:] I, Frank Rocco Giustino, a moral sentient being, inquire into this matter. [Please respond within 3 days or Dishonor may result.] James Emanuel...**

- After I was incarcerated on 10/18/23, are you aware I plead to and was sentenced by you to 90-days for a misdemeanor charge?

- Are you aware that the D.C. D.O.C. (Department of Corrections) has categorized me as a 'felon' and **will not** calculate my release date?

- Am I being punished as a 'felon' without due process?

- Who has a duty to correct the D.C. D.O.C. jail if my right to due process is being violated?

1

- If I am in fact not a felon, how would FBOP be able to, or have a duty to, calculate my release date instead of D.C. D.O.C. where I am now?

- Will you correct the record at D.C. D.O.C. to reflect my misdemeanor status and order them to calculate my release date (with good-time credit under the D.C. D.O.C. rules for misdemeanor cases?)

- Will you allow these serious matters regarding status and release date to go uncorrected? If you won't correct this travesty of Justice, who will?

- Will you provide a copy of the bench warrant **that has a signature and date of signature of the arresting officer** that you said you would provide to me at the 11/21/23 Sentencing hearing? (See Transcript pages: Page 9, Line 23 through Page 11, Line 17.) Can this be mailed certified to my Florida address on file?

- Are you even aware that your documented judicial Oath of Office from the Department of Justice that you signed under Title 28 U.S.C. section 453 has the final line "So help me God." changed and capitalized to "SO HELP ME GOD."? (See Doc 36 pages: Pages 4 through 7.)

Date: December 26th, 2023 C.E.

/s/ Frank Rocco

Pro Se

"Justice" has a name. Thank you.

D.C. D.O.C. Jail

**CERTIFICATION: I declare under penalty of perjury that no attorney has prepared or assisted in the preparation of this document.**

/s/ Frank Rocco

Pro Se

## CERTIFICATE OF SERVICE

**On or around December 26th, 2023 or as soon after this is filed in the USDC DC Court, Certified ADA Advocate Janice Wolk Grenadier through Email, USPS or other will serve on the following:**

**Clerk of Court Angela D. CAESAR**

**Prosecutor Douglas COLLYER**

**U.S. Attorney & Prosecutor Matthew GRAVES**

**U.S. Attorney General Merrick B. GARLAND**

**U.S. Supreme Court Justice Brett M. KAVANAUGH**

**FBOP**

**D.C. Department of Corrections**

**D.C. Department of Corrections Case Manager Bridgett MCCAIN**

**U.S. Congressman Matt GAETZ**

**Florida Governor Ronald DESANTIS**

/s/ Frank Rocco

Pro Se

**CERTIFICATE OF SERVICE ADDRESSES**
FOR Non-Negotiable Notice of Inquiry
Date: 26th, December 2023 C.E.

**Clerk of Court Angela D. CAESAR**
333 Constitution Ave. NW,
Washington, DC 20001

**Prosecutor Douglas COLLYER**
DOJ-USAO
Gateway Building 14 Durkee Street
Plattsburgh, NY 12901
(518) 314-7818
Email: douglas.collyer@usdoj.gov

**U.S. Attorney & Prosecutor Matthew GRAVES**
District of Columbia
Main Office:
601 D Street, NW
Washington, DC
Telephone: (202) 252-7566
usadc.webmaster@usdoj.gov

**U.S. Attorney General Merrick B. GARLAND**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530
Phone: 202-514-2000
℅ Charlene Goodwin,
Supervisory Case Management Specialist,
Office of the Solicitor General, at
(202) 514-8844, or email at
SupremeCtBriefs@USDOJ.gov
 (202) 514-2217 or 2218.

Judge James Boasberg
Boasberg_Chambers@dcd.uscourts.gov

**U.S. Supreme Court Justice Brett M. KAVANAUGH**
1 First St NE,
Washington, DC 20543

**FBOP**
320 FIRST STREET, NW.
WASHINGTON, DC 20534.
Email: info@bop.gov.
WorkPhone: 202-307-3198.
Fax: 202-514-6620.

**D.C. Department of Corrections**
℅ Warden Manuel Williams
1901 D Street, SE,
Washington, DC 20003
manuel.williams1@dc.gov

**D.C. Department of Corrections Case Manager Bridgett MCCAIN**
1901 D Street, SE,
Washington, DC 20003
United States Marshals
Director: Ronald L. Davis
1215 S. Clark St,
Arlington, VA 22202
(202) 307-9100
Bridgett.mccain1@dc.gov

U.S. Congressman Matt GAETZ
2021 Rayburn House Office Building
Washington, DC  20515
Phone: (850) 479-1183

Florida Governor Ronald DESANTIS
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001
(850) 717-9337
GovernorRon.DeSantis@eog.myflorida.com

EXHIBITS

FOR Non-Negotiable Notice of Inquiry
Date: 26th, December 2023 C.E.

| Exhibit # | Description | No of Pages |
|---|---|---|
| | | |
| 1 | 12/18/2023  Memorandum DC DCO from Bridgett McCain | 3 |
| 2 | 12/20/2023 Inmate Request from Bridgett McCain | 1 |
| 3 | Reciept for payment of Fines | 1 |
| 4 | Certified Docket for Case | 9 |
| 5 | Transcripts from Court Hearing November 21, 2023 | 24 |
| | | |



## MEMORANDUM

**TO:**   Inmate Giustino, Frank DCDC #387252

**FROM:** The Inmate Records Office

**DATE:** 12/18/2023

**SUBJECT:**   Inmate Request Slip dated 12/08/2023

Thank you for contacting DOC Inmate Record Office.  You are committed by District Court.
Your committing document states that you are currently sentenced and serving a felony sentence
for a total of 90 days.  Please understand that DCDOC does not calculate felony sentences.
FBOP will calculate your sentence and good time credit.  The Inmate Records Office does not
have a release date from FBOP at this time.  Our records are updated as soon as it is received
from FBOP.  Please contact your Case Manager for any further questions.

Thank you!

PP 4160.0
Attachment A

DISTRICTO DE COLUMBIA
DEPARTMENTO DE CORRECION
INMATE REQUEST SLIP/SOLICITUD DEL RECLUSO

DATE/DIA __12/8/23__

NAME/NOMBRE __Frank GIUSTINO__ DCDC # __387252__   UNIT/UNIDAD __C-3A__ CELL/CELDA __4__
                                                                    ~~RSG~~

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED O POR
FAVOR MARQUE ( ) PARA LOS SERVICIOS QUE NECESITA

( X ) RECORDS OFFICE/ OFICINA DE REGISTROS        (   ) CASE MANAGER/ GESTORA DE CASOS
(   ) CHAPLAIN'S OFFICE/ OFICINA CAPELLANES        (   ) INMATE CLOTHING/ ROPA DEL RECLUSO
(   ) FINANCIAL ACCOUNT BALANCE/ SALDO DE LA CUENTA FINANCIERA   (   ) LEGAL CALL/ LLAMADA LEGAL
(   ) INMATE PROPERTY/ PROPIEDAD DEL RECLUSO       (   ) NOTARY/ NOTARIA
(   ) FACE SHEET/PÁGINA  DE PORTADA (SI SU CENTENCIA ES DE UN 1 AÑO O   (   ) OTHER/ OTRAS
     MAS NO DISNONIBLE)

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW
POR FAVOR EXPLIQUE LA NATRURALEZA DE SU SOLICITUD AQUI DEBAJO

I was informed by Case Manager Mrs. McCain that I
am labeled as a "felon" in the system upon asking
for good-time credits. I am NOT a felon. I want
this corrected immediately. My highest alleged offense
is a Misdemeanor and I have the record and paperwork
on me to prove it. Have this corrected immediately
so good-time credits can be applied to this 90-day
sentence. Thanks. This is urgent and important.
This should not happen. Thank you. CASE # 23-cr-16

GESTORA DE CASOS COMENTARIOS/CASE MANAGER COMMENTS

DATE/DIA __12/12/23__   STAFF SIGNATURE/FIRMA DEL PERSONAL __McCain__

**Portillo, Marbin (DOC)**

| | |
|---|---|
| **From:** | McCain, Bridgett (DOC) |
| **Sent:** | Tuesday, December 12, 2023 2:10 PM |
| **To:** | DOC Inmate Records (DOC) |
| **Subject:** | Guistino, F. #387252 |
| **Attachments:** | Records Office FG 12-12-23.pdf |

Hello,
Please see attached inmate request and advise.
Thank you,

*Bridgett McCain, LGSW*
*Case Manager, C2B & D1B*
*DC Department of Corrections*
*Correctional Treatment Facility*
*1901 E Street, SE*
*Washington, DC 20003*
*(202)790-6680*
bridgett.mccain1@dc.gov
www.doc.dc.gov



1

PP 4160.0
Attachment A

DISTRICTO DE COLUMBIA
DEPARTMENTO DE CORRECION
INMATE REQUEST SLIP/SOLICITUD DEL RECLUSO

DATE/DIA: 12/20/23

NAME/NOMBRE Giustino          DCDC # _____   UNIT/UNIDAD _____   CELL/CELDA _____

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED O POR
FAVOR MARQUE ( ) PARA LOS SERVICIOS QUE NECESITA

( ) RECORDS OFFICE/ OFICINA DE REGISTROS                          ( ) CASE MANAGER/ GESTORA DE CASOS
( ) CHAPLAIN'S OFFICE/ OFICINA CAPELLANES                         ( ) INMATE CLOTHING/ ROPA DEL RECLUSO
( ) FINANCIAL ACCOUNT BALANCE/ SALDO DE LA CUENTA FINANCIERA      ( ) LEGAL CALL/ LLAMADA LEGAL
( ) INMATE PROPERTY/ PROPIEDAD DEL RECLUSO                        ( ) NOTARY/ NOTARIA
( ) FACE SHEET/ PÀGINA DE PORTADA (SI SU CENTENCIA ES DE UN 1 ANO O   ( ) OTHER/ OTRAS
MAS NO DISNONIBLE)

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW
POR FAVOR EXPLIQUE LA NATRURALEZA DE SU SOLICITUD AQUI DEBAJO

Probation Officer          Bureau of Prisons (BOP)
Andee Gavito               (972) 352-4400
(202) 565-1351

GESTORA DE CASOS COMENTARIOS/CASE MANAGER COMMENTS

DATE/DIA 12/20/23   STAFF SIGNATURE/FIRMA DEL PERSONAL   McG

≡ M Gmail    Q Search mail    ≡ ⑦ ⚙ ⚡ ⋮ 

Compose

✉    ✉ Boomerang 📅    3 of 2,512

⏸ Pause Inbox

A form has been successfully submitted on Pay.gov for:

Inbox            620
Starred
Snoozed
Sent
Drafts            19
More

Application Name: DCD Criminal Debt
Form Name: DCD Criminal Debt Form
Pay.gov Tracking ID: 27AAOO61
Transaction Date: 12/20/2023 11:38:37 AM EST
Transaction Amount: $510.00

Labels

Case and Defendant Number: DDCX123CR050016-001
Defendant Name: GIUSTINO , Frank
Account Holder Name: Nicolosi, Laurie
Account Holder Phone: Rome ████████
Email: ████████████

Archie            2
Ashmeen M        87
Boomerang
Boomerang-Outbox
    Cancelled
Boomerang-Returned
Brenda Daniel
Freddie           12
Freddie FOIA
16 Thomas

If you have any questions or concerns regarding this form submission,
please contact Pay.gov Customer Service by phone at 800-624-1373 or by
email at pay.gov.clev@clev.frb.org.

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00016-JEB-1

Case title: USA v. GIUSTINO                    Date Filed: 01/11/2023

Magistrate judge case number: 1:22-mj-00002-GMH

Assigned to: Chief Judge James E.
Boasberg

**Defendant (1)**

**FRANK ROCCO GIUSTINO**            represented by **FRANK ROCCO GIUSTINO**
PRO SE

**Carolyn Stewart**
1204 Swilley Road
Plant City, FL 33567
813-451-5753
Fax: 813-946-8066
Email:
carolstewart_esq@protonmail.com
*TERMINATED: 08/25/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Evan Sugar**
FEDERAL DEFENDERS OF NY
770 Federal Plaza
Central Islip, NY 11722
631-712-6500
Fax: 631-712-6505
Email: evan_sugar@fd.org
*TERMINATED: 06/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**                              **Disposition**

40:5104(e)(2)(G); VIOLENT ENTRY                Defendant sentenced to ninety (90)
AND DISORDERLY CONDUCT ON                      days incarceration, a $10 Special
CAPITOL GROUNDS; Parading,                     Assessment, and Restitution totaling
Demonstrating, or Picketing in a               $500.
Capitol Building
(4)

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United
States District and Bankruptcy Courts for the District of
Columbia.
Date Filed: 1/11/23
ANGELA D. CAESAR, CLERK
By: Bryant Johnson
22 Nov 23

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building (1) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building (2) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Violent Entry and Disorderly Conduct in a Capitol Building (3) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |

**Highest Offense Level (Terminated)**

Misdemeanor

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION in 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | |

**Plaintiff**

**USA**                   represented by **Douglas Collyer**
DOJ-USAO
Gateway Building
14 Durkee Street
Room 340
Plattsburgh, NY 12901
(518) 314-7818
Email: douglas.collyer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2022 | 1 | SEALED COMPLAINT as to FRANK ROCCO GIUSTINO (1). (Attachments: # 1 Statement of Facts) (zltp) [1:22-mj-00002-GMH] (Entered: 01/04/2022) |

01/03/2022    <u>3</u>   MOTION to Seal Case by USA as to FRANK ROCCO GIUSTINO. (Attachments: # <u>1</u> Text of Proposed Order)(zltp) [1:22-mj-00002-GMH] (Entered: 01/04/2022)

01/03/2022    <u>4</u>   ORDER granting <u>3</u> Motion to Seal Case as to FRANK ROCCO GIUSTINO (1). Signed by Magistrate Judge G. Michael Harvey on 1/3/2022. (zltp) [1:22-mj-00002-GMH] (Entered: 01/04/2022)

01/11/2022    <u>5</u>   Arrest Warrant, dated 1/3/2022, Returned Executed on 1/11/2022 as to FRANK ROCCO GIUSTINO. (bb) [1:22-mj-00002-GMH] (Entered: 01/11/2022)

01/11/2022    Arrest of FRANK ROCCO GIUSTINO in New York. (bb) [1:22-mj-00002-GMH] (Entered: 01/11/2022)

01/11/2022    Case unsealed as to FRANK ROCCO GIUSTINO (bb) [1:22-mj-00002-GMH] (Entered: 01/11/2022)

01/13/2022    <u>7</u>   NOTICE OF ATTORNEY APPEARANCE: Evan Sugar appearing for FRANK ROCCO GIUSTINO (Sugar, Evan) (Main Document 7 replaced on 1/13/2022) (zltp). [1:22-mj-00002-GMH] (Entered: 01/13/2022)

01/13/2022    ORAL MOTION to Appoint Counsel by FRANK ROCCO GIUSTINO (1). (zpt) [1:22-mj-00002-GMH] (Entered: 01/14/2022)

01/13/2022    ORAL MOTION for Speedy Trial Waiver by USA as to FRANK ROCCO GIUSTINO (1). (zpt) [1:22-mj-00002-GMH] (Entered: 01/14/2022)

01/13/2022    Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to FRANK ROCCO GIUSTINO (1) held on 1/13/2022. Oral Motion to Appoint Counsel by FRANK ROCCO GIUSTINO (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Defendant waives right to a preliminary hearing. Oral Motion by the Government for Speedy Trial Waiver as to FRANK ROCCO GIUSTINO (1) Heard and Granted. Time between 1/13/2022 and 3/8/2022 (54 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X-T. Status Hearing set for 3/8/2022 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR Gold FTR Time Frame: CTRM 6 [1:17:03-1:30:36], [1:55:11-2:00:05]; Defense Attorney: Evan Sugar; US Attorney: Frederick Yette for Douglas Collyer; Pretrial Officer: Shay Holman; (zpt) Modified text on 1/14/2022 (zpt). [1:22-mj-00002-GMH] (Entered: 01/14/2022)

01/13/2022    MINUTE ORDER as to FRANK ROCCO GIUSTINO (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/13/2022. (zpt) [1:22-mj-00002-GMH] (Entered: 01/14/2022)

01/13/2022    <u>8</u>   ORDER Setting Conditions of Release as to FRANK ROCCO GIUSTINO (1) Appearance Bond. Signed by Magistrate Judge G. Michael Harvey on 1/13/2022. (Attachments: # <u>1</u> Appearance Bond) (zpt) [1:22-mj-00002-GMH] (Entered: 01/14/2022)

03/03/2022    <u>10</u>   Joint MOTION to Continue *status conference and toll speedy trial* by USA as to FRANK ROCCO GIUSTINO. (Attachments: # <u>1</u> Text of Proposed Order)(Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 03/03/2022)

03/03/2022    12   MOTION to Exclude Time Under the Speedy Trial Act by USA as to FRANK ROCCO GIUSTINO. (See docket entry 10 to view document.) (zltp) [1:22-mj-00002-GMH] (Entered: 03/04/2022)

03/03/2022    13   JOINT STATUS REPORT by USA as to FRANK ROCCO GIUSTINO (See docket entry 10 to view document.) (zltp) [1:22-mj-00002-GMH] (Entered: 03/04/2022)

03/04/2022    14   ORDER Granting 10 Joint MOTION to Continue status conference and toll speedy trial by USA as to FRANK ROCCO GIUSTINO (1) and Granting 12 MOTION to Exclude Time Under the Speedy Trial Act by USA as to FRANK ROCCO GIUSTINO (1). Time between 3/8/2022 and 5/10/2022 (63 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X-T. Status Hearing continued to 5/10/2022 at 01:00 PM in Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Signed by Magistrate Judge Zia M. Faruqui on 3/4/2022. (zpt) [1:22-mj-00002-GMH] (Entered: 03/07/2022)

05/04/2022    15   Unopposed MOTION for Protective Order *with respect to discovery* by USA as to FRANK ROCCO GIUSTINO. (Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 05/04/2022)

05/06/2022    16   Joint MOTION to Continue *status conference*, Joint MOTION to Exclude *speedy trial* by USA as to FRANK ROCCO GIUSTINO. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 05/06/2022)

05/06/2022    18   ORDER granting 16 Motion to Continue Status Hearing and to Exclude Time as to FRANK ROCCO GIUSTINO (1). Status Hearing continued to 7/11/2022 at 11:00 AM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. Signed by Magistrate Judge Robin M. Meriweather on 5/6/2022. (ztl) [1:22-mj-00002-GMH] (Entered: 05/09/2022)

05/06/2022    19   PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to FRANK ROCCO GIUSTINO. The parties attention is directed to the edits that the Court has made to paragraph 4(d) of the Proposed Order. Signed by Magistrate Judge Robin M. Meriweather on 5/6/2022. (zcll) [1:22-mj-00002-GMH] (Entered: 05/09/2022)

05/25/2022    20   MOTION for Order to disclose 6(e) material by USA as to FRANK ROCCO GIUSTINO. (Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 05/25/2022)

05/26/2022         MINUTE ORDER (paperless) as to FRANK ROCCO GIUSTINO, GRANTING the government's 20 Motion for Order to Disclose 6(e) Material and AUTHORIZING the government, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i) and the previously entered 19 protective order governing discovery in this case, to provide to defendant, and any co-defendants who may later be joined, materials protected by Federal Rule of Criminal Procedure 6(e), insofar as such disclosure is necessary for the government to comply with its discovery and disclosure obligations. Signed by Chief Judge Beryl A. Howell on May 26, 2022. (lcbah1) [1:22-mj-00002-GMH] (Entered: 05/26/2022)

06/30/2022         Set/Reset Deadlines/Hearings as to FRANK ROCCO GIUSTINO:Status Conference set for 7/11/2022 at 11:00 AM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. (bb) [1:22-mj-00002-GMH] (Entered: 06/30/2022)

07/10/2022    21   Joint MOTION to Continue *status conference*, Joint MOTION to Exclude *speedy trial time* by USA as to FRANK ROCCO GIUSTINO. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 07/10/2022)

| 07/10/2022 | 22 | Joint STATUS REPORT by USA as to FRANK ROCCO GIUSTINO. (See docket entry 21 to view document.) (zltp) [1:22-mj-00002-GMH] (Entered: 07/11/2022) |
| 07/11/2022 | 23 | ORDER granting 21 Joint MOTION to Continue status conference and Joint MOTION to Exclude speedy trial time by USA as to FRANK ROCCO GIUSTINO (1). Time between July 11, 2022, and September 13, 2022, (64 days) shall be excluded from calculation under the Speedy Trial Act. Status Hearing set for 9/13/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge G. Michael Harvey on 7/11/2022. (bb) Modified text on 8/9/2022 (bb). [1:22-mj-00002-GMH] (Entered: 07/11/2022) |
| 09/09/2022 | 24 | Joint MOTION to Continue *status conference*, Joint MOTION to Exclude *speedy trial time* by USA as to FRANK ROCCO GIUSTINO. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 09/09/2022) |
| 09/09/2022 | 25 | Joint STATUS REPORT by USA as to FRANK ROCCO GIUSTINO. (See docket entry 24 to view document.) (zltp) [1:22-mj-00002-GMH] (Entered: 09/09/2022) |
| 09/13/2022 | 27 | ORDER granting 24 Motion to Continue status hearing and exclude time as to FRANK ROCCO GIUSTINO (1). Set/Reset Deadlines/Hearings as to FRANK ROCCO GIUSTINO: Status hearing continued to 11/15/2022 at 1:00 PM in Telephonic/VTC before the Duty Magistrate Judge. Signed by Magistrate Judge Zia M. Faruqui on 09/13/2022. (zcll) [1:22-mj-00002-GMH] (Entered: 09/13/2022) |
| 11/10/2022 | 28 | Joint MOTION to Continue *status conference*, Joint MOTION to Exclude *speedy trial* by USA as to FRANK ROCCO GIUSTINO. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) [1:22-mj-00002-GMH] (Entered: 11/10/2022) |
| 11/10/2022 | 30 | Joint STATUS REPORT by USA as to FRANK ROCCO GIUSTINO. (See docket entry 28 to view document.) (zltp) [1:22-mj-00002-GMH] (Entered: 12/01/2022) |
| 11/14/2022 | 29 | ORDER granting 28 Motion to Continue Status Hearing and Exclude Time as to FRANK ROCCO GIUSTINO. The time between 11/15/2022 and 1/17/2023 shall be excluded from calculation under the Speedy Trial Act. Set/Reset Hearings as to FRANK ROCCO GIUSTINO: Status hearing continued to 1/17/2023 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge G. Michael Harvey on 11/14/2022. (zcll) [1:22-mj-00002-GMH] (Entered: 11/15/2022) |
| 01/11/2023 | 31 | INFORMATION as to FRANK ROCCO GIUSTINO (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 01/11/2023) |
| 01/11/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO (1): Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED, by Judge James E. Boasberg on 1/11/2023. (nbn) (Entered: 01/11/2023) |
| 01/12/2023 | | MINUTE ORDER: The hearing scheduled for 1/17/2023 before Magistrate Judge Zia M. Faruqui is hereby VACATED, as the Defendant: has had an initial appearance in the jurisdiction, has had counsel appointed, has been released on conditions, and has been charged by information. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and |

arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge G. Michael Harvey on 1/12/2023. (zcll) (Entered: 01/12/2023)

| | | |
|---|---|---|
| 01/17/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO (1): The Court ORDERS the parties are to contact the assigned Courtroom Deputy for scheduling. Counsel has been notified via email the availability of the Court. So ORDERED, by Judge James E. Boasberg on 1/17/2023. (nbn) (Entered: 01/17/2023) |
| 01/18/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO (1): After discussions with the parties, the Court ORDERS a Plea Agreement Hearing set for 2/1/2023 at 11:00 AM via Zoom video before Judge James E. Boasberg. The Court also finds it in the Interest of Justice, to toll the Speedy Trial Clock between 1/18/2023 and 2/1/2023 (XT). So ORDERED, by Judge James E. Boasberg on 1/18/2023. (nbn) (Entered: 01/18/2023) |
| 02/01/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Arraignment/ Plea Agreement Hearing as to FRANK ROCCO GIUSTINO (1) held on 2/1/2023. Defendant consents to proceed via Zoom video. Defendant sworn, arraigned, and a plea of GUILTY entered and accepted by FRANK ROCCO GIUSTINO (1) as to count 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to FRANK ROCCO GIUSTINO (1). Sentencing set for 5/2/2023 at 11:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on Personal Recognizance Bond; Court Reporter: Christine Asif; Defense Attorney: Evan Sugar; US Attorney: Douglas Collyer. (nbn) (Entered: 02/01/2023) |
| 02/01/2023 | 55 | STATEMENT OF OFFENSE by USA as to FRANK ROCCO GIUSTINO (1). (nbn) (Entered: 08/23/2023) |
| 02/01/2023 | 56 | PLEA AGREEMENT as to FRANK ROCCO GIUSTINO (1). (nbn) (Entered: 08/23/2023) |
| 04/17/2023 | 35 | MOTION to Continue *Sentencing* by FRANK ROCCO GIUSTINO. (Sugar, Evan) (Entered: 04/17/2023) |
| 04/17/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO (1): The Court ORDERS 35 Motion to Continue Sentencing is GRANTED. Sentencing set for 5/2/2023 is VACATED and RESET for 6/16/2023 at 11:00 AM via Zoom before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 4/17/2023. (nbn) (Entered: 04/17/2023) |
| 05/30/2023 | 36 | For the Record by FRANK ROCCO GIUSTINO. "Leave to file GRANTED" by Chief Judge James E. Boasberg on 5/30/2023. (zstd) (Entered: 05/30/2023) |
| 06/08/2023 | 39 | Refusal for Cause by FRANK ROCCO GIUSTINO. "Leave to file GRANTED" by Chief Judge James E. Boasberg on 6/8/2023. (zstd) (Entered: 06/08/2023) |
| 06/09/2023 | 40 | SENTENCING MEMORANDUM by USA as to FRANK ROCCO GIUSTINO (Collyer, Douglas) (Entered: 06/09/2023) |
| 06/09/2023 | 41 | MOTION to Convert Hearing *to status conference* by FRANK ROCCO GIUSTINO. (Sugar, Evan) (Entered: 06/09/2023) |
| 06/09/2023 | | MINUTE ORDER GRANTING 41 Motion to Convert Hearing to a Status Conference as to FRANK ROCCO GIUSTINO (1). So ORDERED, by Chief Judge James E. Boasberg on 6/9/2023. (nbn) (Entered: 06/09/2023) |

| 06/09/2023 | | Set/Reset Hearings as to FRANK ROCCO GIUSTINO (1)Status Conference set for 6/16/2023 at 11:00 AM in Telephonic/VTC before Chief Judge James E. Boasberg. (znbn) (Entered: 06/09/2023) |
|---|---|---|
| 06/13/2023 | 44 | NOTICE *of filing of items incompatible with CM/ECF filing* by USA as to FRANK ROCCO GIUSTINO (Collyer, Douglas) (Entered: 06/13/2023) |
| 06/16/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to FRANK ROCCO GIUSTINO called but not held on 6/16/2023.Status Conference set for 6/23/2023 at 02:30 PM in Telephonic/VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: FAILED TO APPEAR; Court Reporter: Tammy Nestor; Defense Attorney: Evan Sugar; US Attorney: Douglas Collyer; Prob Officer: Hana Field; Pretrial Officer: Katrina Stanford. (nbn) (Entered: 06/16/2023) |
| 06/23/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to FRANK ROCCO GIUSTINO held via zoom on 6/23/2023. Oral motion by the Defendant to proceed without counsel, heard and GRANTED after Faretta inquiry. Attorney Evan Sugar is hereby withdrawn as Counsel of record. Sentencing reset for 7/13/2023 at 10:00 AM in Courtroom 22A- In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on personal recognizance (appearing by video); Court Reporter: Tammy Nestor; Defense Attorney: Evan Sugar; US Attorney: Douglas Collyer. (zlsj) (Entered: 06/23/2023) |
| 06/23/2023 | | Attorney update in case as to FRANK ROCCO GIUSTINO. Attorney Evan Sugar terminated. (lsj) (Entered: 06/23/2023) |
| 06/26/2023 | 46 | Default Judgment by FRANK ROCCO GIUSTINO. "Leave to file GRANTED" by Chief Judge James E. Boasberg on 6/26/2023. (zstd) (Entered: 06/26/2023) |
| 06/26/2023 | 47 | TRANSCRIPT OF PROCEEDINGS in case as to FRANK ROCCO GIUSTINO before Chief Judge James E. Boasberg held on 6/23/23; Page Numbers: 1-17. Court Reporter/Transcriber Tammy Nestor, Telephone number (202)354-3127, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/17/2023. Redacted Transcript Deadline set for 7/27/2023. Release of Transcript Restriction set for 9/24/2023.(Nestor, Tammy) (Entered: 06/26/2023) |
| 06/30/2023 | 48 | SENTENCING MEMORANDUM by USA as to FRANK ROCCO GIUSTINO (Attachments: # 1 Exhibit Status conference transcript)(Collyer, Douglas) (Entered: 06/30/2023) |
| 07/10/2023 | 49 | NOTICE OF ATTORNEY APPEARANCE: Carolyn Stewart appearing for FRANK ROCCO GIUSTINO (Stewart, Carolyn) (Entered: 07/10/2023) |



| 07/10/2023 | 50 | Consent MOTION to Continue *Sentencing Hearing* by FRANK ROCCO GIUSTINO. (Attachments: # 1 Exhibit proposed order)(Stewart, Carolyn) (Entered: 07/10/2023) |
| 07/10/2023 | 51 | MOTION to Exclude Time Under the Speedy Trial Act by FRANK ROCCO GIUSTINO. (See docket entry 50 to view document.) (zstd) (Entered: 07/11/2023) |
| 07/11/2023 | | MINUTE ORDER GRANTING 50 Motion to Continue Sentencing as to FRANK ROCCO GIUSTINO (1). After discussions with the parties, the Court ORDERS the Sentencing set for 7/13/2023 is VACATED and RESET to 9/29/2023 at 03:00 PM in Courtroom 22A- In Person before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 7/11/2023. (nbn) (Entered: 07/11/2023) |
| 07/13/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO (1): The Court ORDERS that Defendant's 51 Motion to Exclude Time is DENIED as moot given that the speedy-trial clock does not run following a guilty plea. So ORDERED, by Chief Judge James E. Boasberg on 7/13/2023. (nbn) (Entered: 07/13/2023) |
| 07/17/2023 | 53 | Unopposed MOTION to Modify Conditions of Release by FRANK ROCCO GIUSTINO. (Attachments: # 1 Text of Proposed Order)(Stewart, Carolyn) (Entered: 07/17/2023) |
| 07/18/2023 | 54 | ORDER GRANTING 53 Motion to Modify Conditions of Release as to FRANK ROCCO GIUSTINO (1). Signed by Chief Judge James E. Boasberg on 7/18/2023. (nbn) (Entered: 07/18/2023) |
| 08/25/2023 | 57 | MOTION to Withdraw as Attorney by Carolyn Stewart. by FRANK ROCCO GIUSTINO. (Attachments: # 1 Exhibit proposed order)(Stewart, Carolyn) (Entered: 08/25/2023) |
| 08/25/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO: The Court grants Defendant's Motion [57 to Withdraw as Attorney. Carolyn Stewart withdrawn from case. SO ORDERED by Chief Judge James E. Boasberg on 8/25/2023. (lsj) (Entered: 08/25/2023) |
| 09/26/2023 | 59 | Interlocutory Allocution by FRANK ROCCO GIUSTINO. "Leave to file GRANTED". Signed by Chief Judge James E. Boasberg on 9/26/2023. (zstd) (Entered: 09/26/2023) |
| 09/29/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing on 9/29/2023 as to FRANK ROCCO GIUSTINO (1). Defendant FAILED TO APPEAR. The Court ORDERS a NO BOND warrant issued as to FRANK ROCCO GIUSTINO(1). Bond Status of Defendant: FAILED TO APPEAR/WARRANT TO ISSUE; Court Reporter: Tammy Nestor; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Christine Schuck. (nbn) (Entered: 09/29/2023) |
| 11/14/2023 | 61 | MOTION to Continue *sentencing* by USA as to FRANK ROCCO GIUSTINO. (Attachments: # 1 Text of Proposed Order)(Collyer, Douglas) (Entered: 11/14/2023) |
| 11/14/2023 | | MINUTE ORDER as to FRANK ROCCO GIUSTINO (1), GRANTING 61 Motion to Continue. The Court ORDERS the parties appear for Sentencing set for 11/21/2023 at 11:45 AM in Courtroom 22A- In Person before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 11/14/2023. (znbn) (Entered: 11/14/2023) |

| | |
|---|---|
| 11/14/2023 | ORAL MOTION for Temporary Detention by USA as to FRANK ROCCO GIUSTINO. (zcll) (Entered: 11/15/2023) |
| 11/14/2023 | ORAL MOTION for Release from Custody by FRANK ROCCO GIUSTINO. (zcll) (Entered: 11/15/2023) |
| 11/14/2023 | Minute Entry for proceedings held before Magistrate Judge Robin M. Meriweather: Return on Arrest Warrant on a Pretrial Violation as to FRANK ROCCO GIUSTINO held on 11/14/2023. Defendant present by video. Oral Motion by the Government for Temporary Detention pending the next hearing before the assigned District Judge as to FRANK ROCCO GIUSTINO; heard and granted. Oral Motion for Release from Custody by FRANK ROCCO GIUSTINO; heard and denied. Bond Status of Defendant: Defendant Held without Bond; Court Reporter: FTR GOLD; FTR Time Frame: CTRM 7 [2:51:18 - 3:14:16]; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Katrina Stanford. (zcll) (Entered: 11/15/2023) |
| 11/21/2023 | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Sentencing held on 11/21/2023 as to FRANK ROCCO GIUSTINO (1). Defendant sentenced to ninety (90) days incarceration, a $10 Special Assessment, and Restitution totaling $500 on count 4. Oral motion by the Government to "dismiss the remaining counts", HEARD and GRANTED. The Court ORDERS counts 1-3 are DISMISSED. Appeal rights given. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Tammy Nestor; Defense Attorney: PRO SE; US Attorney: Douglas Collyer; Prob Officer: Aidee Gavito. (znbn) (Entered: 11/21/2023) |

1

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
 3   UNITED STATES OF AMERICA,
                                      Criminal Case
 4            Plaintiff(s),           No. 23-00016 JEB
        v.
 5                                    Washington, D.C.
     FRANK ROCCO GIUSTINO,
 6                                    November 21, 2023
              Defendant(s).
 7   -----------------------------------------------------

 8                     SENTENCING HEARING
         BEFORE THE HONORABLE JAMES E. BOASBERG
 9             UNITED STATES DISTRICT CHIEF JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):   Douglas Collyer, Esquire
                             United States Department of Justice
12                           14 Durkee Street
                             Room 340
13                           Plattsburgh, New York 12901

14

15   FOR THE DEFENDANT(S):   Frank R. Giustino, Pro Se

16

17

18

19   REPORTED BY:            Tammy Nestor, RMR, CRR
                             Official Court Reporter
20                           333 Constitution Avenue Northwest
                             Washington, D.C. 20001
21                           tammy_nestor@dcd.uscourts.gov

22

23

24

25
```

```
1   The following proceedings began at 11:41 a.m.:
2           THE COURTROOM DEPUTY:  Good morning, everyone.  We are
3   here for sentencing in Criminal Action 23-16, Frank Rocco
4   Giustino versus -- I'm sorry, the United States of America
5   versus Frank Rocco Giustino.
6           Beginning with counsel for the government, please
7   approach the lectern and identify yourself for the record.
8           MR. COLLYER:  Douglas Collyer for the United States.
9   Good morning, Your Honor.
10          THE COURT:  Good morning.
11          All right.  Mr. Giustino, you can come forward and
12  state your appearance.
13          THE DEFENDANT:  Frank Rocco Giustino.
14          THE COURT:  Good morning.
15          THE DEFENDANT:  Good morning.
16          THE COURT:  So are you still intending to represent
17  yourself at sentencing?
18          THE DEFENDANT:  Yes.  I wouldn't mind standby counsel,
19  but I still will be proceeding pro se.
20          THE COURT:  I am happy to appoint you standby counsel
21  if you would like.  Is there anyone in particular you would
22  like as standby counsel?
23          THE DEFENDANT:  Nobody in particular.
24          THE COURT:  So then we should -- I can call the public
25  defender service, the federal public defender, and have them
```

1   appoint somebody.  So that would continue the sentencing then

2   until next week or so.

3           THE DEFENDANT:  Never mind then.  It's all right.

4           THE COURT:  Are you sure?

5           THE DEFENDANT:  Yes.

6           THE COURT:  Okay.  So I have received the presentence

7   report and the government's submission.  I will hear from the

8   government.

9           And, Mr. Collyer, if you can just -- and if you don't

10  know, Mr. Giustino I'm sure knows -- but when he was arrested,

11  and so how long he's been in jail on this?

12          MR. COLLYER:  Yes, sir.

13          THE COURT:  Okay.

14          MR. COLLYER:  To answer the Court's question up front,

15  I believe he was arrested on or about October 23.

16          THE COURT:  So about a month.

17          MR. COLLYER:  About a month.

18          Your Honor, the events of January 6, 2021 left a stain

19  on the history of this nation.  And each individual participant

20  contributed to the international embarrassment that is the

21  January 6 Capitol riot.

22          I know the Court is aware of what took place that day

23  generally, so I will not belabor it.  The government's

24  sentencing recommendation is based upon actions that

25  Mr. Giustino has taken.

1       The defendant was on the northwest side of the Capitol
2   prior to making his entry into the building where he witnessed
3   at least one altercation between rioters and police officers
4   before he entered the Capitol.
5       Also, before entering the Capitol, he posted on
6   Facebook at 1:42 p.m., quote, Shooting tear gas at us at the
7   Capitol, real nice, civil servants.
8       One of the most important factors in this case is the
9   defendant's aggressive conduct towards Metropolitan Police
10  officers at 2:00 p.m. as they made their way to the Capitol
11  building to assist.  The defendant was yelling in police
12  officers' faces, We don't want to hurt you.
13      Now, what Mr. Giustino said is just as important as
14  what he didn't say.  He did not say we are not going to hurt
15  you.  He said we don't want to hurt you, implicitly stating but
16  we will if you make us.
17      And although there's no evidence the defendant
18  personally engaged in violence on January 6, his words
19  demonstrate that he believed that violence against the police
20  was likely and justified.  And considering that over 100
21  officers were injured that day makes his words frightening and
22  prescient.
23      He also pleaded with the police to stop please,
24  apparently telling the police to accede in the face of the
25  overwhelming number of rioters of which he was one.

1    At 2:13 p.m., the initial violent breach of the
2  Capitol building took place at the Senate wing door.  Just
3  three minutes later, the defendant entered the Capitol through
4  that door making him part of the first wave of rioters in the
5  building.

6    The physical damage from that breach was obvious, and
7  there was an audible alarm ringing that he would have heard as
8  he made entry.  But he did not turn back.  He went forward.

9    By 2:24 p.m. he was in the crypt with a large crowd
10 that worked themselves up by chanting USA.

11    And although he was not at the front of that crowd, he
12 formed part of the critical mass needed for that crowd to
13 overwhelm the line of police officers blocking them in the
14 crypt.  That was the last line of police holding rioters back
15 inside.  Once that line broke, they had unfettered access to
16 the remainder of the building.

17    The defendant went to the small House rotunda and up
18 to the Capitol's second level where he spent the next 17
19 minutes in and around the rotunda area participating in at
20 least one chant and constantly playing on his phone before
21 finally leaving the building.

22    In sum, he spent about 35 minutes inside the Capitol,
23 was part of the mob that stormed the building and the mob that
24 overwhelmed the officers in the crypt.

25    Under 3553(a), the Court must consider the need for

1   the sentence to promote respect for the law and specific

2   deterrence.  The defendant's conduct since his plea of guilty

3   has been disrespectful and belittling to put it mildly.  On a

4   larger scale, it reflects the need for the Court's sentence to

5   address those two factors.

6          The Court was present for the June 23 status

7   conference where the defendant referred to the prosecution as

8   a, quote/unquote, clown show and, quote/unquote, nuisance.

9          But in a September 5, 2023 email to me, he doubled

10  down on those statements.  He referred to January 6 as a,

11  quote/unquote, protest.  He referred to his appearance in court

12  as a, quote/unquote, courtesy apparently bestowed upon him to

13  us.

14         He referred to his prosecution in this matter as,

15  quote, the very definition of terrorism, end quote.

16         He demanded the charges against him be dropped.  He

17  demanded that he be issued an apology.  And he issued a veiled

18  threat when he said, quote, the Department of Defense task

19  force has confirmed that our military is keeping a close eye on

20  the current events, apparently referring to his and other

21  January 6 rioters' prosecutions, and that he, quote, won't be

22  responsible for how the military handles those who commit

23  treason or are involved in seditious conspiracy against me, end

24  quote, apparently referring to himself.

25         He goes on to say that he, quote, wants this,

1  apparently referring to his prosecution, to conclude peacefully
2  between all of us, end quote.  Again, just as on January 6,
3  what he's implicitly stating is that there's the possibility of
4  a non-peaceful conclusion.
5      In August he sent emails to other AUSAs demanding that
6  those AUSAs drop charges against rioters that they were
7  prosecuting.
8      And finally, at the end of September, as the Court is
9  aware, the Court failed to appear for his sentencing here.
10  Make no mistake about it, that nonappearance was intentional
11  and willful.  He made that clear in the status conference when
12  he said there will be no sentencing.  He made that clear in his
13  email to me where he said that he considered the business
14  concluded.
15      The defendant's actions during the riot and since
16  demonstrate that he clearly has no remorse for January 6, he
17  sees himself as a victim, and he sees his attack on democracy
18  and the Capitol as righteous.
19      Earlier this year, I was watching one of the January 6
20  trials.  I can't now remember which one it was.  But I saw the
21  testimony of Kyle Jones.  On January 6, Mr. Jones was an
22  assistant House parliamentarian, and he was on the floor of the
23  House and was one of the last evacuated off the floor.
24      He was asked during his testimony if during the
25  evacuation he thought that they would eventually get back to

1    counting the votes.  And he couldn't believe the question.  He

2    was taken aback.  He said, Get back to counting the votes?  I

3    didn't think or know if I was going to survive that day, let

4    alone get back to counting votes.

5         That's the real effect that was had on the real

6    victims of January 6.

7         The government has filed two prior sentencing

8    recommendations.  The most recent of which asks for 4 months in

9    jail, 36 months probation, the restitution, and community

10   service.  That would amount to a, quote/unquote, split

11   sentence.  And given the circuit's ruling in the Little case,

12   the government is no longer seeking a split sentence in this

13   case.

14        The government respectfully -- and I would note that

15   the defendant ignoring pretrial services for the last three

16   months and his belief that this matter had prematurely

17   concluded show he wouldn't be amenable to community supervision

18   in any event.

19        Balancing the factors outlined in 3553(a), the United

20   States respectfully requests this Court sentence Frank Rocco

21   Giustino to 4 months incarceration and the $500 in restitution

22   to which he has agreed.  Thank you.

23        THE COURT:  Thank you very much, Mr. Collyer.

24        Mr. Giustino, happy to hear anything you would like to

25   say if you want to come forward.

1           THE DEFENDANT:  Just one moment.

2           Am I able to enter documents 36, 39, and 59 that are

3    on record as part of my allocution today?

4           THE COURT:  That are on the docket, you mean?

5           THE DEFENDANT:  That are on the docket, yes.

6           THE COURT:  You don't have to enter them.  If they are

7    on the docket, they are already entered.

8           THE DEFENDANT:  All right.  I have a few questions

9    about the docket itself.  I have been pro se since documents 46

10   and 40 -- I'm sorry, 46 and 59 have been on record, and they

11   have not been responded to.  Is there any reason for that?

12   Because I have been pro se since at least document 46, and I

13   was expecting an answer from the Court since then.

14          THE COURT:  Right.  No.  You can file whatever you

15   want.  These aren't motions, and so there's no response

16   required.

17          THE DEFENDANT:  It's my understanding document 59

18   specifically was supposed to be filed by the clerk of court as

19   a motion, and it wasn't; instead, it was grant to file.  Again,

20   I have been pro se since document 46, and I have been expecting

21   an answer from the Court in some capacity, and I have only

22   received silence.

23          Also, can a bench warrant that was issued allegedly

24   recently be -- a copy given to me that has been signed by the

25   executing officer and dated?  Silvia Irving of the Tampa Bay

1    court provided me with the recent bench warrant.  However, it

2    just had a Pacer seal of approval, but it did not have a

3    signature of the executing officer.

4           This also followed a bench warrant affidavit that was

5    misspelled as my name -- that was not my name.  It's spelled

6    G-I-U-S-T-I-O-N instead of N-O, and it has been since lost in

7    my property since I have been incarcerated going from jail to

8    jail.  So I would just like to see the executing copy of the

9    bench warrant so I can ensure its legitimacy.

10          THE COURT:  I issued a bench warrant because you

11   didn't show up for sentencing, as I warned you in great detail

12   at the prior hearing would happen if you didn't show up.  So I

13   issued the warrant.

14          THE DEFENDANT:  Would it be too much of an issue to

15   show me the executing copy, the signed copy?

16          THE COURT:  It has no relevance.

17          THE DEFENDANT:  The bench warrant is sealed on record,

18   so I am just curious as to why the plea and the bench warrant,

19   I believe it's document 60, now has been sealed from record as

20   judicial filings.

21          To my understanding, Judge Jackson was recently quoted

22   in an article talking about how judicial filings such as plea

23   bargains and in this case the bench warrant are typically

24   unsealed by the time of the sentencing.  My last view of the

25   docket as of late shows that they are still sealed.  Is there

1   any explanation why this --

2          THE COURT:  I would be happy to provide you with a

3   copy of the bench warrant.

4          THE DEFENDANT:  Okay.  Signed and executed by the

5   marshal?

6          THE COURT:  I signed it.

7          THE DEFENDANT:  No.  Just to clarify, the signature on

8   the bench warrant of yours is there.  I'm talking about the

9   copy of the bench warrant that has the signature from the

10  executing officer as well.  I have the copy that's only --

11  nobody signed it.  It's blank.  I have it on me right now.

12         THE COURT:  It was executed because you were, in fact,

13  arrested.

14         THE DEFENDANT:  No, I understand what is being said,

15  but I mean, I would just like to see the actual copy of the

16  executing -- just to have as, you know, court of record.

17         THE COURT:  Okay.  So go ahead.

18         THE DEFENDANT:  Yeah.  I first want to say that I

19  condemn all violence on the day of January 6, 2021.  We may all

20  have our differences.  We may all have our different

21  backgrounds and come from different places.  But all violence,

22  I believe, should be something that we should condemn before we

23  have some sort of civil discourse with one another regardless

24  of political views.

25         That day -- and I am going to read my allocution in

1    more detail, but that day, I'm putting this in the forefront

2    because this is obviously the hot button topic of this, I did

3    not want violence.  I did not instigate the police.  I, in

4    fact, tried quelling the violence.

5          Mr. Collyer's document 44 discovery clip that he

6    picked out only shows a segment of the scene of me outside of

7    the Capitol building.  I was not yelling at police.  I had my

8    hands clasped begging for the violence to stop on both ends

9    because I didn't want anyone to get hurt because I'm

10   empathetic.

11         And the phrase I used, we don't want to hurt you, was

12   not a thinly veiled threat, but it was to try to explain to the

13   Capitol Police that were doing their job that the people that

14   were there behind the agitators that day were caught in the

15   cross fire, and I was one of them.

16         So I went up to the very front of the line to actually

17   plead to them that that was happening, to which I then very

18   clearly turned around, and I hope Mr. Collyer saw this in the

19   full footage if he saw the entire exhibit, and I told the

20   agitators, against probably the best interest of my safety, to

21   stand down.  And I told them quite, you know, emotionally.  And

22   I was spit at.  I was called a traitor.  And I was trying to do

23   something that other people were not, which was to try to quell

24   that violence.

25         So that is just a very important discerning factor to

1   make as far as the statements that have been made about me

2   wanting to attack the Capitol, which is not true, or being a

3   part of that.   I just simply got caught up in it and further

4   disoriented, which then led to any other, you know, location I

5   ended up in.  But I just wanted to make that clear.

6              Comes now Frank Rocco of the Giustino family --

7              (There was an interruption by the court reporter.)

8              Comes now Frank Rocco of the Giustino family and

9   redeems Title 12 United States Code, Section 411 allows for

10  them, they shall be redeemed, to make demand and be removed

11  from the national debt special drawing rights, parentheses, SDR

12  in the same sense as the original verbiage at Section 16 of the

13  1913 Federal Reserve Act.

14             THE COURT:  Okay.  I'm going to stop you right there.

15  I can hear -- this is not the time for legal argument about

16  some federal reserve act which has nothing whatsoever to do

17  with this case.  And I'm not going to sit and listen to

18  something that is completely irrelevant.

19             If you want to make an allocution about what you did

20  that day and your position, any remorse you have, your thoughts

21  about it, your thoughts about the sentence, I am happy to hear

22  you, but not anything about a federal reserve act or redeemed

23  people.

24             THE DEFENDANT:  Redeemed people, it's redeeming

25  unlawful money.  It's not some sovereign citizen garbage.  It

1   is redeeming unlawful money on demand pursuant to Title 12

2   United States Code, 411.  It's about endorsing treasury notes

3   over federal reserve notes.

4          THE COURT:  All right.  This case has nothing to do

5   with federal reserve notes.

6          THE DEFENDANT:  It has to do with that there's been a

7   clear violation of 28 United States Code 453 of judges in case

8   USA versus Sino (phonetic) against Frank Giustino by all names

9   and factually with discrepancies in the process that are

10  preventing justice for Frank Rocco rendering the plea bargain

11  vacant and, thus, making a sentencing at trial impossible.

12         The fraudulent written notes of --

13         (There was an interruption by the court reporter.)

14         THE COURT:  Again, do you want to speak about what

15  occurred that day?  If you want to bring another -- you can

16  bring an appeal if you want regarding --

17         THE DEFENDANT:  I have ---

18         THE COURT:  -- this case.  Hold on.

19         THE DEFENDANT:  Sorry.

20         THE COURT:  You can if you want to withdraw your plea.

21  I mean, if you think -- if you want to seek -- maybe this is a

22  more fundamental thing.

23         If you don't think your conviction is appropriate or

24  lawful, I don't want to go forward with the sentencing.  If you

25  want to withdraw your plea because you think it's an invalid

1  plea or the prosecution is invalid, I am happy to let you file

2  that motion and we will just hold off here.

3       It sounds like what you are doing, you are not talking

4  about your sentencing, you are attacking the legitimacy of the

5  proceeding.  So it sounds like you don't think it's a valid

6  plea.  And if you would like to withdraw that plea, I certainly

7  would not go forward with sentencing until I resolve that

8  question.

9       THE DEFENDANT:  I do not want to withdraw the plea,

10 but what I do want is to go home and I want to take time

11 served.  I do not believe I deserve the second sentencing

12 memorandum that the government has brought forth.

13      If you look at document 48, the main argument that the

14 government is making for increasing jail time from 21 days

15 incarceration to 4 months is simply for questioning authority.

16      I think that if this is the precedent that --

17      THE COURT:  Hold on.  One thing the government pointed

18 out was that your conduct in the last hearing was as offensive

19 and inappropriate conduct as I have had in a January 6 hearing

20 so far in these prosecutions, your lack of respect for the

21 Court, for the government.  I mean, the government's quoted

22 things that you said in emails to him.  They haven't quoted the

23 cursing and other statements you made during that hearing which

24 I could have found you in contempt of court for they were so

25 inappropriate.

1       And so it seems to me, based on what the government is

2   saying in that memorandum, is that you have no remorse

3   whatsoever for what you did or any respect for what's happening

4   here.  And that seems to me perfectly valid for them to make.

5       THE DEFENDANT:  So the moment that the government

6   mentioned remorse, which was halfway through that 6/23/23

7   status conference, the only thing that I have done from the

8   beginning of that conference to the point that apparently I had

9   no remorse -- which makes no sense to me because if we were to

10  read back in that transcript, it shows that I was simply

11  questioning the jurisdiction and authority of the Court.  I was

12  looking for answers.  Instead, I did not receive any answers.

13      I asked you, Mr. Boasberg, why your oath of office, I

14  believe, had an issue and why that was the case, why it was not

15  accorded Title 18 United States Code, Section 453, and I

16  received silence.  And it wasn't to create disharmony between

17  us as people or our positions in this court.  It was a -- you

18  want to say a plea or a cry even to get some sort of answers

19  after having a prosecution that involved a court-appointed

20  attorney who did not do his job on my behalf.  The plea bargain

21  has typos with the dates.  He ignored me.  This is Evan Sugar.

22  He ignored me for five weeks.

23      THE COURT:  Hold on.  So either -- as I said, I just

24  want to make sure.  Do you wish to withdraw your plea because

25  you didn't receive correct -- you didn't receive effective

1   assistance of counsel or correct advice or the prosecution was

2   somehow flawed?  I want to make sure here before we go forward

3   that --

4           THE DEFENDANT:  The only reason I would want to

5   withdraw the plea is if the entire case was dismissed.  If the

6   case is not being dismissed, then I do not want to withdraw the

7   plea.

8           THE COURT:  All right.  So if you don't want to

9   withdraw the plea, let's talk about -- anything else you want

10  to talk about regarding sentencing, I am happy to hear, not

11  legal argument regarding the case, but sentencing.  Tell me

12  what else you would like to say about sentencing.

13          THE DEFENDANT:  I would like to say that I believe I

14  should be released on time served based on the original

15  memorandum and over the fact that my own attorney was not doing

16  his job and over the fact that having no remorse, which is

17  untrue, has nothing to do with asking authority of a court.

18          And again, going back to the transcript, there was

19  nothing up until the comment made that I have no remorse that

20  warranted me having no remorse or being seen as having no

21  remorse simply because I believed there was a jurisdictional

22  issue that was not being answered to.

23          So my partaking on January 6, which I have made clear

24  in the beginning of my speaking today, is being misconstrued,

25  and I very much am empathetic towards the people of D.C.  I

1   have been here for a little bit of time now, and they are very

2   nice, to be quite honest.  They have been only kind to me.  And

3   they do not deserve to have terror put into their hearts no

4   matter -- you know, by anyone.

5       So that was never my intention to attend that day was

6   to scare anybody.  And nobody deserves to be scared like that.

7   Nobody deserves to be hurt.  And that's why I believe I would

8   like to be released with time served.

9       I realize that I was in the wrong place at the wrong

10  time, and I would like to just go back home to my family

11  because they love me very much, and this is not somewhere I

12  believe I belong.

13      But I just want to make sure that it's okay for me as

14  an American with constitutional rights to feel safe enough to

15  ask about jurisdictional issues without feeling like I am doing

16  something wrong or doing something un-American by doing that.

17      And again, it's no disrespect.  It's just that I feel

18  that transparency between our civil servants -- which is not

19  supposed to be condescending.  It's supposed to be an honor, to

20  be quite honest, to be a civil servant.

21      I just -- that's all I wanted.  I just wanted

22  transparency from the Court.  And if you would ever want to

23  read the allocution document 59, there's a 20-page letter that

24  is within that filing that shows my original filing that was

25  not filed because Sugar said he would face sanctions if he

1   filed it.  And I say with genuine respect, I just ask for an

2   oath of office as a fidelity bond, as a trust bond, so I felt

3   safe going into a plea bargain in cases that are clearly highly

4   politicized.

5           And me, having no prior record, you know, never have

6   been in any altercation with law or any arrests, I have family

7   that has actually served, that was simply my purest intention

8   for you, Mr. Boasberg.

9           So that's why I believe that I should be, if not

10  dismissed, I should be released with time served.  I have

11  learned my lesson as far as not to get involved with drama.

12          And even to Mr. Collyer here, I do apologize for

13  cursing at you.  I really mean that.  I am looking him in the

14  eyes right now saying that.

15          So I just want to go home.

16          THE COURT:  Okay.  Thank you very much.  You may have

17  a seat.

18          All right.  Again, as I have said in all of these

19  sentencings on January 6 cases, the hallmark of a democracy is

20  the peaceful transfer of power.  And on January 6, a mob

21  determined that what happened at the ballot could not stand and

22  that, instead, they would effect their will by force to install

23  or to retain in government the president who had lost an

24  election and had a duty to step down in favor of his successor

25  who had lawfully won a fair election.

1          And you were part of that mob.  And there were a lot

2    of people in that mob who did a variety of things.  And you

3    were on the lower end of the spectrum in terms of the violence

4    of your conduct.

5          I have sentenced people to multiple years in prison

6    who pepper-sprayed officers, who brought guns to the event, who

7    struck officers with flagpoles, who knocked officers down, who

8    threw weapons at officers, who incited others, who broke

9    through barricades.

10         And on the spectrum of conduct, yours is certainly on

11   the lower end.  And that's why, instead of being charged with

12   felonies or even multiple misdemeanors, you are charged with

13   one misdemeanor here.  And that has a maximum of six months.

14         Now, I consider the conduct that you committed, as the

15   government explained clearly, and I also have to consider

16   deterrence, whether you or others would engage in this kind of

17   conduct again.

18         In considering that, I also consider remorse and

19   acceptance of responsibility.  And as I mentioned earlier, your

20   behavior from the moment of the plea until sentencing has been

21   about the worst of any January 6 defendant I have had.

22         You are the only person who didn't show up for

23   sentencing even though I warned you specifically and clearly

24   that if you didn't show up for sentencing, I would issue a

25   bench warrant and I would sentence you more harshly.  But you

1   cavalierly never showed up for sentencing.  And you sent the

2   government emails saying things that showed no remorse.

3          Your conduct in that hearing, as I mentioned, was the

4   most disrespectful appearance of any defendant in a hearing

5   that I have had on January 6.  And only at the end of your

6   allocution today do I finally hear anything that sounds like

7   remorse in your apology to the prosecutor and your acceptance

8   of responsibility.

9          But it's hard for me to take that at face value given

10  what I have seen over the last few months and even today.

11  Maybe it's legitimate.  I hope it's legitimate.  I hope it is.

12  Because you are a very young man, Mr. Giustino, with a long

13  life to lead that I hope you can lead as a responsible citizen,

14  as a contributing member of society.  You are obviously an

15  intelligent and able person, and I hope you are going to do

16  that.

17         I am going to give you a 90-day sentence.  I just

18  don't see how I can give less than that given what's occurred

19  here.  But I, as the government points out, I can't give a

20  split sentence, so it's just a sentence of that length.

21         So on Count 4, I sentence the defendant to 90 days in

22  prison with credit for time served.  So in other words, you get

23  credit for the 30-ish days you have already served.

24         I also order restitution in the amount of $500.  And

25  there's a special assessment of $10 that I am required to

1    impose because it's a misdemeanor.

2            I will not impose any fine because I find that you do

3    not have the financial ability to pay any fine.

4            You do have the right to appeal this conviction if you

5    believe that the guilty plea was unlawful or involuntary or

6    there's some other defect in the proceeding or if I have

7    sentenced you to an inappropriate sentence or if you received

8    ineffective assistance of counsel pursuant to the plea.

9            If you wish to appeal, you must file an appeal within

10   14 days after the entry of judgment.  If you are unable to

11   afford the cost of appeal, you may request permission from me

12   to file without cost.  You may also apply for court-appointed

13   counsel if you wish to file an appeal.

14           Do you understand all of that?

15           THE DEFENDANT:  Can I ask one thing?

16           THE COURT:  Sure.

17           THE DEFENDANT:  Something I failed to mention is that

18   I have been dealing with some health issues for some time.

19           THE COURT:  And I read about those in the presentence

20   report.

21           THE DEFENDANT:  Yes.  Instead of --- I have done time

22   served, and I hear you on the 90 days.  Is there any way we

23   could move that incarceration, those days, to home detention

24   where I could be within safekeeping --

25           THE COURT:  No.

1    THE DEFENDANT:  -- because I have not received always

2    the best medical help?

3    THE COURT:  I'm sorry to hear that.  Unfortunately

4    that is sometimes the case.  But I hope that you will -- are

5    you at CTF now, or are you at the jail?

6    THE DEFENDANT:  I'm supposed to be transferred to CTF.

7    I'm awaiting CTF.

8    THE COURT:  I imagine you'll receive better medical

9    care at that facility.

10   Any objection to the sentence imposed not already on

11   the record, Mr. Collyer?

12   MR. COLLYER:  No, sir.

13   THE COURT:  Mr. Giustino, anything further?

14   THE DEFENDANT:  Any objection?

15   THE COURT:  Yes, beyond what's already on the record.

16   THE DEFENDANT:  Can I enter as no contendo (sic)?

17   THE COURT:  I am not sure what that means in this

18   circumstance, but if you wish to say that, that's fine.

19   THE DEFENDANT:  Yes, no contendo.

20   THE COURT:  All right.  Thank you.

21   Mr. Giustino, when you get out, good luck to you.  I

22   am hoping that you are going to return to your law-abiding path

23   prior to January 6.  Thank you.

24   THE COURTROOM DEPUTY:  Your Honor, remaining counts

25   from the government?

1          MR. COLLYER:  Your Honor, the government moves to

2     dismiss Counts 1 through 3 of the information.

3          THE COURT:  They are dismissed.

4          Thank you all.

5          (The hearing concluded at 12:17 p.m.)

6                         - - -

7                   C E R T I F I C A T E

8

9          I hereby certify that the foregoing is an

10    accurate transcription of the proceedings in the

11    above-entitled matter.

12

13

14    11/30/23                 s/ Tammy Nestor
                               Tammy Nestor, RMR, CRR
15                             Official Court Reporter
                               333 Constitution Avenue NW
16                             Washington, D.C. 20001
                               tammy_nestor@dcd.uscourts.gov
17

18

19

20

21

22

23

24

25