AO 442 (Rev 01/09) Arrest Warrant

1137153

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

United States of America
v.
FRANK ROCCO GIUSTINO

)
)
)  Case No. 23cr16-JEB
)
)
)

Defendant

U.S. MARSHAL-DC
RECEIVED SEP 29 '23 PM 4:26

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FRANK ROCCO GIUSTINO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

09/29/2023 - Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing on 9/29/2023 as to FRANK ROCCO GIUSTINO (1). Defendant FAILED TO APPEAR. The Court ORDERS a NO BOND warrant issued as to FRANK ROCCO GIUSTINO(1). Bond Status of Defendant: FAILED TO APPEAR/WARRANT TO ISSUE; Court Reporter: Tammy Nestor; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Christine Schuck. (nbn) (Entered: 09/29/2023)

Date: 09/29/2023

                                                                    *Issuing officer's signature*

City and state:  WDC                                           James E. Boasberg, USDC Chief Judge
                                                                      *Printed name and title*

### Return

This warrant was received on *(date)*  9/29/2023 , and the person was arrested on *(date)*  10/19/2023
at *(city and state)*  Pasco County Jail

Date:  10/23/2023
                                                                    *Arresting officer's signature*

                                                                    Arturo Garcia CDUSM
                                                                    *Printed name and title*