AO 442 (Rev 01/09) Arrest Warrant

1137153

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

United States of America
v.
FRANK ROCCO GIUSTINO

Case No. 23cr16-JEB

Defendant

U.S. MARSHAL-DC
RECEIVED SEP 29 '23 PM 4:26

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FRANK ROCCO GIUSTINO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

09/29/2023 - Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing on 9/29/2023 as to FRANK ROCCO GIUSTINO (1). Defendant FAILED TO APPEAR. The Court ORDERS a NO BOND warrant issued as to FRANK ROCCO GIUSTINO(1). Bond Status of Defendant: FAILED TO APPEAR/WARRANT TO ISSUE; Court Reporter: Tammy Nestor; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Christine Schuck. (nbn) (Entered: 09/29/2023)

Date: 09/29/2023

*Issuing officer's signature*

City and state: WDC

James E. Boasberg, USDC Chief Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/29/2023, and the person was arrested on *(date)* 10/19/2023
at *(city and state)* Pasco County Jail

Date: 10/23/2023

*Arresting officer's signature*

Arturo Garcia CDUSM
*Printed name and title*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                      Case No. 8:23-mj-2318-CPT
                                                          Charging District: 23cr16-JEB

FRANK GIUSTINO

## CLERK'S MINUTES
Proceeding: Initial Appearance re: Pretrial Release Violation
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: October 23, 2023
Deputy Clerk: Ashley Sanders                              Time: 2:22 p.m.
USPO: Joshua Sims                                         Recess: 2:41 p.m.
Court Reporter: Digital                                   Total Time: 19 min
Interpreter: none

---

Counsel for USA: Jackson Boggs, AUSA
Counsel for Defendant: Sylvia Irvin, AFPD

---

Court calls case and counsel enters appearances.

Court advises of allegation contained in petition.

Oral motion for counsel. Court inquires as to Defendant's financial situation. Court appoints Federal Public Defender's Office.

Defendant reserves on the matter of contesting the arrest warrant.

BOND:    <u>Government:</u> moves for detention.

         <u>Defendant:</u>  moves for a continuance of one day.

Defendant requests the hearing on the petition also be continued.

Court sets hearing on petition and detention hearing for October 24, 2023 at 1:15 p.m.

Oral due process order pronounced.

Recess.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                  Case No. 8:23-mj-2318-CPT

FRANK GIUSTINO

**CLERK'S MINUTES**
Proceeding: Detention Hearing
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: October 24, 2023
Deputy Clerk: Ashley Sanders                              Time: 1:34 p.m.
USPO: Joshua Sims                                         Recess: 2:30 p.m.
Court Reporter: Digital                                   Total Time: 56 min
Interpreter: none

Counsel for USA: Jackson Boggs, AUSA
Counsel for Defendant: Sylvia Irvin, AUSA

Court calls case and counsel enters appearances.

Counsel provided with a certified copy of the arrest warrant. No disagreement to the authenticity.

Court discusses hearing on petition. Court determines the hearing should be held in the charging district.

Government maintains its request for detention.

Defendant moves for release from custody. Defense requests the defendant be released to his mother as third-party custodian and provides an explanation as to defendant's missed appearance.

Court orders defendant detained pending his arrival to the District of Columbia

Recess.

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:23-mj-2318-CPT |
| Frank Giustino ) | |
| ) | Charging District's |
| Defendant ) | Case No. 23cr16-JEB |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
n/a.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

For the reasons stated on the record at the October 24, 2023, hearing on the matter, the defendant remains in custody pending his arrival in the charging district.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 10/24/2023

_____
*Judge's signature*

Christopher P. Tuite, United States Magistrate Judge
*Printed name and title*

CLOSED, CUSTODY

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:23-mj-02318-CPT All Defendants

| | |
|---|---|
| Case title: USA v. Giustino | Date Filed: 10/23/2023 |
| Other court case number: 23cr16-JEB District of Columbia | Date Terminated: 10/24/2023 |

Assigned to: Magistrate Judge Christopher P. Tuite

**Defendant (1)**

| | | |
|---|---|---|
| **Frank Giustino**<br>*TERMINATED: 10/24/2023* | represented by | **Sylvia A. Irvin**<br>Federal Public Defender's Office<br>400 N. Tampa St, Suite 2700<br>Tampa, FL 33602<br>813-228-2715<br>Fax: 813-228-2562<br>Email: Sylvia_Irvin@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

| | | |
|---|---|---|
| USA | represented by | **Emmett Jackson Boggs , Jr**<br>DOJ-USAO<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602<br>813-274-6000<br>Email: jackson.boggs@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2023 | 1 | Arrest pursuant to Rule 5(c)(2) of Frank Giustino from the District of Columbia. (Attachments: # 1 D.C. Docket Sheet)(AMS) (Entered: 10/23/2023) |
| 10/23/2023 | 2 | ORAL MOTION to Appoint Counsel, ORAL MOTION to Continue Detention Hearing by Frank Giustino. (AMS) (Entered: 10/23/2023) |
| 10/23/2023 | 3 | **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Frank Giustino Signed by Magistrate Judge Christopher P. Tuite on 10/23/2023. (AMS)** (Entered: 10/23/2023) |
| 10/23/2023 | 4 | ORAL MOTION for Detention by USA as to Frank Giustino. (AMS) (Entered: 10/23/2023) |
| 10/23/2023 | 5 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 2 Motion to Appoint Counsel as to Frank Giustino (1); granting 2 Motion to Continue as to Frank Giustino (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/23/2023 as to Frank Giustino from the District of Columbia. (Digital) (AMS) (Entered: 10/23/2023) |
| 10/23/2023 | 6 | NOTICE OF HEARING as to Frank Giustino: Detention Hearing/Hearing on Petition set for 10/24/2023 at 01:15 PM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. (AMS) (Entered: 10/23/2023) |
| 10/24/2023 | 7 | ORAL MOTION for Release from Custody by Frank Giustino. (AMS) (Entered: 10/25/2023) |
| 10/24/2023 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 4 Motion for Detention as to Frank Giustino (1); denying 7 Motion for Release from Custody as to Frank Giustino (1); DETENTION HEARING as to Frank Giustino held on 10/24/2023. (Digital) (AMS) (Entered: 10/25/2023) |
| 10/24/2023 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Frank Giustino. Defendant committed to the District of Columbia. Signed by Magistrate Judge Christopher P. Tuite on 10/24/2023. (AMS)** (Entered: 10/25/2023) |
| 10/25/2023 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Frank Giustino regarding your case number: 23cr16-JEB. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (AMS) (Entered: 10/25/2023) |